IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLASSIFIED INFORMATION, INC. and )<br>DISTANCE DIGITAL CO., LLC, )<br>)<br>Defendants. ) | C.A. No. _____ |

### RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF INOVIS USA INC.

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Inovis USA, Inc., through its counsel, declares as follows:

1. Inovis USA, Inc., states that its parent company is Inovis, Inc., and that no publicly held corporation owns more that 10% of the stock of either entity.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julie Heaney*
Jack B. Blumenfeld, Esquire (#1014)
Julia Heaney, Esquire (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
*Attorneys for Plaintiff Inovis USA, Inc.*

- 2 -

OF COUNSEL:

David J. Wolfsohn
Lynn B. Morreale
Jordan L. Jonas
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

Dated: July 23, 2007
978785.1