IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-459-GMS |
| ) | |
| CLASSIFIED INFORMATION, INC. and ) | |
| DISTANCE DIGITAL CO., LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER

WHEREAS, counsel for defendant Classified Information, Inc. respectfully request additional time to consider how they will respond to the complaint in the above action, and to consult with their client as to their proposed course of action; and

WHEREAS, there have been no prior requests to extend this deadline; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that defendant Classified Information, Inc. shall have until Tuesday September 4, 2007 to answer, move, or otherwise respond to the complaint in the above action.

| MORRIS NICHOLS ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| /s/ Julia Heaney | /s/ John G. Day |
| Jack B. Blumenfeld (I.D. #1014) | Steven J. Balick (I.D. #2114) |
| Julia Heaney (I.D. #3052) | John G. Day (I.D. #2403) |
| 1201 North Market Street | Tiffany Geyer Lydon (I.D. #3950) |
| P.O. Box 1347 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19899-1347 | P.O. Box 1150 |
| 302-658-9200 | Wilmington, Delaware 19899 |
| jblumenfeld@mnat.com | 302-654-1888 |
| jheaney@mnat.com | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| *Attorneys for Plaintiff* | tlydon@ashby-geddes.com |
| | *Attorneys for Defendant Classified Information, Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
Chief Judge

183046.1