IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-459 (GMS) |
| CLASSIFIED INFORMATION, INC. and DISTANCE DIGITAL CO., LLC, | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Arthur G. Connolly, III of Connolly Bove Lodge & Hutz LLP enters his appearance in the above-captioned civil action on behalf of Defendant Distance Digital Co., LLC.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: AConnollyIII@cblh.com

Of Counsel:
Susan Fahringer
Perkins Coie LLP
1201 Third Ave., 40th Floor
Seattle, WA 98101
(206) 359-8687

DATED: August 10, 2007