IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-459 (GMS) |
| | ) |
| CLASSIFIED INFORMATION, INC. and | ) |
| DISTANCE DIGITAL CO., LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the Order of the Court, that the time within which Defendant, Digital Distance Co., LLC shall answer, move or otherwise respond to Plaintiffs' complaint is extended up to and including September 3, 2007.

/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: jblumenfeld@mnat.com
Email: jheaney@mnat.com

*Attorneys for Plaintiff*
*Inovis USA, Inc.*

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: AConnollyIII@cblh.com

*Attorneys for Defendant*
*Digital Distance Co., LLC*

DATED: August 10, 2007

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge