IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-459 (GMS) |
| ) | |
| CLASSIFIED INFORMATION, INC. and ) | |
| DISTANCE DIGITAL CO., LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER

WHEREAS, counsel for defendant Distance Digital Co., LLC respectfully request additional time to consider how they will respond to the complaint in the above action, and to consult with their counsel as to their proposed course of action; and

WHEREAS, there have been no prior requests to extend this deadline; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the time within which Defendant, Distance Digital Co., LLC shall answer, move or otherwise respond to Plaintiffs' complaint is extended up to and including September 3, 2007.

/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: jblumenfeld@mnat.com
Email: jheaney@mnat.com

*Attorneys for Plaintiff*
*Inovis USA, Inc.*

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: AConnollyIII@cblh.com

*Attorneys for Defendant*
*Distance Digital Co., LLC*

DATED: August 10, 2007

2

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge