IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INOVIS USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-459 (GMS) |
| | ) | |
| CLASSIFIED INFORMATION, INC. and | ) | **JURY TRIAL DEMANDED** |
| DISTANCE DIGITAL LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### FIRST AMENDED COMPLAINT

Plaintiff Inovis USA, Inc. files this first amended complaint for declaratory judgment relief against Defendants, Classified Information, Inc. ("CI"), and Distance Digital LLC ("DD"), and avers as follows:

### PARTIES

1.    Plaintiff Inovis USA, Inc. ("Inovis") is a corporation organized under the laws of the State of Delaware with its principal place of business at 11720 AmberPark Dr., Alpharetta, Georgia 30004.

2.    Classified Information, Inc. ("CI") is a corporation organized under the laws of the State of Delaware with its principal place of business at 810 Los Vallecitos Blvd., Suite 203/204, San Marcos, CA 92069.

3.    Distance Digital Co., LLC ("DD") is a limited liability company organized under the laws of the State of Delaware with an agent for service of process at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808 and, upon information and belief, having its principal place of business in Delaware.

## JURISDICTION AND VENUE

4.      This is an action for declaratory relief of non-infringement, invalidity and/or unenforceability of U.S. Patent No. 5,812,669 (the "669 Patent") that arises under the United States patent laws (35 U.S.C. §§ 101, et seq.), as well as for violations of the Lanham Act and state tort law.   The Court has subject matter jurisdiction over this action pursuant to the Declaratory Judgment Act (28 U.S.C. §§ 2201 and 2202), 28 U.S.C. §§ 1331, 1338, and 1367.

5.      This action seeks a declaration that Inovis has not infringed any valid claims of the 669 Patent and/or that the 669 Patent is invalid and/or unenforceable, as well as relief under federal and state laws that prohibit unfair business practices and unfair competition.

6.      CI is incorporated in and has purposefully availed itself of the laws and protection of this judicial district.

7.      DD is incorporated in and has purposefully availed itself of the laws and protection of this judicial district.

8.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and (c).

## BACKGROUND

9.      Inovis is in the business of making and selling computer systems that allow business-to-business commerce and allow secure electronic data interchange over the Internet.

10.     Inovis' line of products includes an innovative system that Inovis created and that Inovis markets and sells as "BizManager" and "Cyclone Interchange Enterprise" (collectively "BizManager").

11.     Among other things, BizManager allows the secure exchange of data between Inovis' computer systems and the computer systems of its customers or business partners ("First Tier Customers") over the Internet.

- 2 -

12.     BizManager also allows the secure exchange of data between Inovis' First Tier Customers and the customers and business partners of the First Tier Customers, known as "Second Tier Customers."

13.     CI is a competitor of Inovis.  CI markets a product called "Templar Software", which competes with the BizManager system.

14.     Upon information and belief, both First Tier Customers and Second Tier Customers are potential customers of CI.

<div align="center">

**THE 669 PATENT**

</div>

15.     On September 22, 1998, U.S. Patent No. 5,812,669 ("the 669 Patent"), entitled METHOD AND SYSTEM FOR PROVIDING SECURE EDI OVER AN OPEN NETWORK, issued.  A true and correct copy of the 669 Patent is attached hereto as Exhibit A.

16.     CI has claimed that on or about April 10, 2003, all of the rights, title and interest in and to the 669 Patent were assigned to it.

<div align="center">

**CI'S ENFORCEMENT CAMPAIGN OF THE 669 PATENT AGAINST INOVIS AND INOVIS' CUSTOMERS**

</div>

17.     Inovis' existing First Tier Customers include Bumble Bee Foods, Morgan Foods, Inc., and Aspen Pet Products.

18.     CI has made written threats against the three aforementioned businesses, alleging that it owns the 669 Patent, has the right to enforce it, and that, by using BizManager, each customer of Inovis' has infringed the 669 Patent (see Exhibit B).

19.     CI's actions give rise to a case of actual controversy within the jurisdiction of the Court, pursuant to 28 U.S.C. §§ 2201 and 2202.

20.     Inovis, Inovis' First Tier Customers, and Inovis' Second Tier Customers do not infringe any valid claim of the 669 Patent, jointly or severally, directly or indirectly, do not

induce others to infringe the 669 Patent, and do not contribute to infringement of the 669 Patent, by virtue of their respective sale, offering for sale, making or using of BizManager.

21.     At the time CI made its claims of patent infringement against Inovis' First Tier Customers, CI knew or should have known that BizManager does not infringe the 669 Patent and that Inovis' First Tier Customers do not infringe the 669 Patent.

22.     CI made its claim for patent infringement in bad faith and for the purpose of interfering with Inovis' existing and prospective customer relationships.

23.     Since making the above-alleged threats against Inovis' customers, CI has claimed, and a document entitled "Assignment of Patent Rights" so states, that on or about July 12, 2007, all the rights, title and interest in and to the 669 Patent were assigned to DD.  The "Assignment of Patent Rights" further states that CI sells, assigns, transfers, and conveys to DD "all causes of action" and all "enforcement rights" relating to the 669 Patent, including "all causes of action and other enforcement rights for (i) damages, (ii) injunctive relief, and (iii) any other remedies of any kind for past, current, and future infringement and (i) all rights to collect royalties and other payments" pursuant to the 669 Patent.   A true and correct copy of the purported assignment between CI and DD – "Assignment of Patent Rights" – is attached hereto as Exhibit C.

24.     If the Assignment of Patent Rights is valid, then DD is the successor in interest to all of CI's rights to enforce the 669 Patent, including, but not limited to, CI's attempts to enforce its interest under the 669 Patent.

25.     On information and belief, DD was aware of CI's claims that Inovis' First Tier Customers infringe the 669 Patent before DD became party to the Assignment of Patent Rights.

26.     On information and belief, it is DD's position that Inovis' First Tier Customers infringe the 669 Patent.

27.     On information and belief, it is DD's position that the 669 Patent is valid and enforceable.

28.     On information and belief, DD intends to enforce the 669 Patent against one or more of Inovis' customers and/or Inovis.

29.     DD's legal interests are adverse to those of Inovis.

30.     The dispute between Inovis, on the one hand, and CI and/or DD, on the other, is definite and concrete.

31.     The controversy between Inovis, on the one hand, and CI and/or DD, on the other, admits of specific relief through a decree of a conclusive character.

32.     Inovis has made, used, sold, and will continue to make, use, and sell the aforementioned BizManager products.

33.     Accordingly, Inovis is faced with the untenable option of ceasing to make, use, and sell its BizManager products as opposed to risk actual or treble damages in one or more infringement suits against Inovis and/or one or more of its customers by CI and/or DD.

## COUNT I

## DECLARATORY JUDGMENT COUNT: AGAINST CI AND DD

## (NONINFRINGEMENT, INVALIDITY AND/OR UNENFORCEABILITY OF THE 669 PATENT)

34.     Inovis restates and realleges the allegations set forth in paragraphs 1 through 33 above and incorporates them by reference.

35.     By virtue of CI's actions against Inovis and its First Tier Customers and DD's purported purchase of all rights under the 669 Patent, Inovis is at risk of suffering an actual or threatened serious injury in view of Inovis' business of using and selling BizManager software systems.

36.    Inovis has not directly infringed, contributed to the infringement of, or actively induced the infringement of any claim of the 669 Patent, nor has it otherwise committed any acts of infringement of any rights of CI and/or DD due to the use, sale and/or offer for sale of BizManager by Inovis, its First Tier Customers, and its Second Tier Customers.

37.    Inovis therefore has the right to use, sell, or offer for sale BizManager free and clear of claims of infringement of the 669 Patent.

38.    The claims of the 669 Patent are invalid under 35 U.S.C. §§ 102, 103 and/or 112.

## COUNT II: AGAINST CI

## UNFAIR COMPETITION: VIOLATION OF SECTION 43 OF THE LANHAM ACT

39.    Inovis repeats and incorporates herein Paragraphs 1 through 38.

40.    CI's false statements in the marketplace that Inovis and/or its customers are infringing the 669 Patent through use of BizManager are intended to deceive, and are likely to deceive, a substantial segment of the intended audience.

41.    CI's deception is material in that it is likely to influence purchasing decisions of Inovis' customers and potential customers in interstate commerce.

42.    CI's conduct violates Section 43 of the Lanham Act, 15 U.S.C. § 1125(a).

43.    As a direct and proximate cause of CI's false statements in the marketplace, Inovis has been damaged in an amount to be determined at trial.

## COUNT III: AGAINST CI
## TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIPS

44.    Inovis repeats and incorporates herein Paragraphs 1 through 43.

45.    CI acted improperly, unlawfully, and without privilege when it falsely accused, in bad faith, Inovis' customers of infringing the 669 Patent.

46.    In falsely accusing Inovis' customers of patent infringement, CI intended to prevent Inovis' performance, cause Inovis' performance to be more expensive or burdensome, and/or reduce the likelihood that one or more of Inovis' customers will continue their business relationship with Inovis or enter into new contracts and/or relationships with Inovis in the future.

47.    In falsely accusing Inovis customers of patent infringement, CI acted maliciously, for the purpose of interfering with Inovis business relationships.

48.    CI's conduct, in fact, injured Inovis by causing Inovis' performance to be more expensive or burdensome, by straining the contractual and/or business relationships, and/or by reducing the likelihood that one or more of Inovis' customers will continue their business relationship with Inovis or enter into new contracts and/or relationships with Inovis in the future.

49.    CI's conduct constitutes an intentional, tortious interference with Inovis' business relations with its customers.

50.    As a direct and proximate cause of CI's actions, Inovis has been damaged in an amount to be determined at trial.

51.    CI's conduct was willful or malicious, was intentionally fraudulent, or manifested a knowing, reckless indifference toward Inovis' rights.  Inovis, therefore, is entitled to an award of punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, Inovis prays for the following:

1.    A judgment and declaration that neither Inovis nor any of its customers have infringed and do not infringe in any manner any claim of the 669 Patent, directly, contributorily or by inducement, and have not otherwise infringed or violated any rights of CI and/or DD.

2.    A judgment that each claim in the 669 Patent is invalid and unenforceable.

- 7 -

3.      An injunction against CI, DD and their affiliates, subsidiaries, assigns, employees, agents or anyone acting in privity or concert with CI or DD from charging infringement or instituting any legal action for infringement of the 669 Patent against Inovis or anyone acting in privity with Inovis, including the divisions, successors, assigns, agents, suppliers, manufacturers, contractors and First and Second Tier customers of Inovis.

4.      An injunction against CI, DD and their affiliates, subsidiaries, assigns, employees, agents or anyone acting in privity or concert with CI or DD from interfering in any way with Inovis' business or anyone acting in privity with Inovis, including the divisions, successors, assigns, agents, suppliers, manufacturers, contractors and First and Second Tier customers of Inovis.

5.      An award of damages to Inovis adequate to compensate Inovis for actual injuries sustained as a result of CI's actions.

6.      An award of treble damages to Inovis pursuant to  15 U.S.C. § 1117(a).

7.      An award of punitive damages to Inovis.

8.      A judgment and declaration that this is an exceptional case within the meaning of 35 U.S.C. § 285, entitling Inovis to an award of its reasonable attorneys' fees, expenses and costs in this action.

9.      A judgment for such other and further relief in law or in equity as this Court deems just or proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*

_____

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
*Attorneys for Plaintiff Inovis USA, Inc.*

OF COUNSEL:

David J. Wolfsohn
Lynn B. Morreale
Jordan L. Jonas
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

August 17, 2007

1214182

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 17, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Steven J. Balick
> John G. Day
> Tiffany Geyer Lydon
> ASHBY & GEDDES
>
> Arthur G. Connolly, III
> CONNOLLY BOVE LODGE & HUTZ LLP

and that copies were caused to be served upon the following individuals in the manner indicated:

## **ELECTRONIC MAIL**

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Arthur G. Connolly, III
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

*/s/ Jack B. Blumenfeld (#1014)*

Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com

EXHIBIT A

US005812669A

# United States Patent [19]

## Jenkins et al.

[11] Patent Number: 5,812,669

[45] Date of Patent: Sep. 22, 1998

[54] **METHOD AND SYSTEM FOR PROVIDING SECURE EDI OVER AN OPEN NETWORK**

[76] Inventors: **Lew Jenkins**, 819 Slater Ave., Pleasant Hill, Calif. 94523; **Emmanuel K. Pasetes, Jr.**, 55 Woodranch Cir., Danville, Calif. 94525

[21] Appl. No.: **503,984**

[22] Filed: **Jul. 19, 1995**

[51] Int. Cl.$^6$ ............................... H04L 9/00; H04L 9/30; H04L 9/32

[52] U.S. Cl. ............................... 380/25; 380/21; 380/23; 380/30; 380/49

[58] Field of Search ................................... 380/9, 21, 23, 380/25, 30, 44, 46, 49, 50

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,200,770 | 4/1980 | Hellman et al. . |
| 4,218,582 | 8/1980 | Hellman et al. . |
| 4,267,782 | 5/1981 | Talbott . |
| 4,405,829 | 9/1983 | Rivest et al. . |
| 4,424,414 | 1/1984 | Hellman et al. . |
| 4,471,164 | 9/1984 | Henry . |
| 4,578,531 | 3/1986 | Everhart et al. . |
| 4,625,076 | 11/1986 | Okamoto et al. . |
| 4,723,284 | 2/1988 | Munck et al. . |
| 4,823,388 | 4/1989 | Mizutani et al. . |
| 4,868,877 | 9/1989 | Fischer . |
| 4,876,716 | 10/1989 | Okamoto . |
| 4,885,777 | 12/1989 | Takaragi et al. . |
| 4,893,338 | 1/1990 | Pastor . |
| 4,987,593 | 1/1991 | Chaum . |
| 4,991,210 | 2/1991 | Chaum . |
| 5,001,752 | 3/1991 | Fischer . |
| 5,005,200 | 4/1991 | Fischer . |
| 5,018,196 | 5/1991 | Takaragi . |
| 5,022,080 | 6/1991 | Durst et al. . |
| 5,073,934 | 12/1991 | Matyas et al. . |
| 5,073,935 | 12/1991 | Pastor . |
| 5,136,643 | 8/1992 | Fischer . |
| 5,136,646 | 8/1992 | Haber et al. . |
| 5,142,577 | 8/1992 | Pastor . |
| 5,142,578 | 8/1992 | Matyas et al. . |

| | | |
|---|---|---|
| 5,199,074 | 3/1993 | Thor . |
| 5,202,977 | 4/1993 | Pasetes, Jr. et al. . |
| 5,204,961 | 4/1993 | Barlow . |
| 5,208,858 | 5/1993 | Vollert et al. . |
| 5,214,702 | 5/1993 | Fischer . |
| 5,222,140 | 6/1993 | Beller et al. . |
| 5,224,166 | 6/1993 | Hartman, Jr. . |
| 5,226,709 | 7/1993 | Labrache . |
| 5,237,611 | 8/1993 | Rasmussen et al. . |
| 5,253,294 | 10/1993 | Maurer . |
| 5,261,002 | 11/1993 | Perlman et al. . |

(List continued on next page.)

*Primary Examiner*—Bernarr E. Gregory
*Attorney, Agent, or Firm*—Bryan Cave LLP

[57] **ABSTRACT**

A method and system for selectively interconnecting a plurality of computers (112,114) over an open public network (120,102,122), such as the INTERNET, provides a private secure computer exchange of EDI interchange communications between a sender computer (112) and a recipient computer (114), each of which has an associated public key and an associated private key, such as in an RSA type cryptographic communication system (100). The associated EDI acknowledgment message, such as the AUTACK, is used to provide secure authentication and non-repudiation of both origin and receipt of the secure private EDI interchange communications transmitted over the open public network (120,102,122) with the AUTACK transmitted from the sender computer (112) being digitally signed with the sender's private key, and with the reply AUTACK transmitted from the recipient computer (114) being digitally signed with the recipient's private key. The respective digitally signed AUTACKs are decrypted after receipt by using the public key associated with the private key used to provide the digital signature. The transmitted AUTACK from the sender computer (112) includes an MD5 for the entire EDI interchange as well as an MD5 of the AUTACK, with the AUTACK, thus, being used to provide the digital signature. The reply AUTACK from the recipient computer (114) includes an MD5 of the reply AUTACK. The ability to conduct business over the network (120,102,122) is controlled by private trading partner agreement communications which provide key certification.

**50 Claims, 43 Drawing Sheets**



**5,812,669**
Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,268,962 | 12/1993 | Abadi et al. . |
| 5,297,208 | 3/1994 | Schlafly et al. . |
| 5,299,263 | 3/1994 | Beller et al. . |
| 5,303,303 | 4/1994 | White . |
| 5,311,591 | 5/1994 | Fischer . |
| 5,337,360 | 8/1994 | Fischer . |
| 5,339,361 | 8/1994 | Schwalm et al. . |
| 5,351,293 | 9/1994 | Michener et al. . |
| 5,351,302 | 9/1994 | Leighton et al. . |
| 5,367,573 | 11/1994 | Quimby . |
| 5,369,702 | 11/1994 | Shanton . |
| 5,369,705 | 11/1994 | Bird et al. . |
| 5,373,558 | 12/1994 | Chaum . |
| 5,375,169 | 12/1994 | Scheidt et al. . |
| 5,390,247 | 2/1995 | Fischer ...................................... 380/25 |



FIG. 1



FIG. 2



**FIG. 3**

RECEIVER ACTION — 208

1. AS DESCRIBED IN FIG. A, VERIFY THE INTEGRITY AND AUTHENTICITY OF THE EDI INTERCHANGE RECEIVED.

2. CREATE A NEW AUTACK AS FOLLOWS:
   a) POPULATE ALL SEGMENTS AND ELEMENTS UP TO AND INCLUSIVE OF UST AS APPROPRIATE.
   b) SIGN THE COMPUTED MDS WITH RECEIVER'S PRIVATE KEY. (THE MDS IS COMPUTED FROM USH TO THE 1ST CHR. OF UST, I.E. UP TO "U")
   c) INSERT THE DIGITALLY SIGNED MDS INTO THE FIRST ELEMENT OF THE USR SEGMENT.
   d) POPULATE THE UNT AND UNZ SEGMENTS AS APPROPRIATE.

3) TRANSMIT THE PREPARED AUTACK TO THE SENDER.

AUTACK — 210

```
UNA:#.?
UNB#?UNOB:2#ACME:01#BROWN:12#941207:0955#941207095500001
UNH#02836000000001#AUTACK:D:94A:UN
USH#941#1#1#2#1#2#1#:###1#1941207:095543.002829#1:1941207:095556:PS
USC#01:ACME#4:.....:BILATERAL AGREEMENT
USH#941#7#2#2#2#1#1###1941207:095543.002829#1:1941207:095556:PS
USB##2#1:1941297:09556:PS##ACME#01#BROWN:12
USX#INT-NUMBER##5:1941129:095100:PS
USY#2#MDS OF EDI INTERCHANGE
UST#1
USR#<AUTACK'S MDS DIGITALLY SIGNED BY RECEIVER (MDS
COMPUTED FROM USH TO THE FIRST CHR. OF UST)
UNT#10#02836000000001
UNZ#1#941207095500001
```

...OVER TO THE SENDER. — 212

**VERIFICATION BY ORIGINAL SENDER**

1. VERIFY THE DIGITAL SIGNATURE BY DECRYPTING IT WITH RECEIVER'S PUBLIC KEY. THE VALUE OBTAINED BY DECRYPTION IS THE MDS OF THE AUTACK RECEIVED.

2. COMPUTE THE MDS OF THE AUTACK RECEIVED. IF THE MDS IS EQUAL TO THE DECRYPTED MDS, THE AUTACK'S INTEGRITY IS PRESERVED AND NON-REPUDIATION OF ORIGIN OF THE AUTACK IS ESTABLISHED.

3. IF THE MDS CONTAINED IN THE USY SEGMENT OF THE AUTACK RECEIVED, IS EQUAL TO THE MDS OF THE EDI INTERCHANGE PREVIOUSLY TRANSMITTED AND THE ACKNOWLEDGMENT IS POSITIVE(INFERRED BY TESTING THE SECURITY CODE IN THE AUTACK MESSAGE) THEN THE FOLLOWING ARE IMPLICIT:

   a) THE EDI INTERCHANGE IN QUESTION IS KNOWN TO BOTH SENDER AND RECEIVER, BECAUSE THE MDS OF THE EDI INTERCHANGE AND THE INTERCHANGE NUMBER ARE CONTAINED IN THE AUTACK MESSAGE AND HAVE BEEN DULY RECOGNIZED.

   b) THE EDI INTERCHANGE'S INTEGRITY AND AUTHENTICITY UPON RECEIPT HAS BEEN VERIFIED.

   c) THE RECEIVER DOES NOT DENY HAVING RECEIVED THE EDI INTERCHANGE IN QUESTION.



FIG. 4



FIG. 5



FIG.6



FIG.7



FIG.8



FIG.9



FIG.10



FIG. 11A



FIG. 11B





FIG. 12



FIG. 13A



FIG. 13B

FIG. 14

| ─ | TRADING PARTNER PROFILES | □ □ |
|---|---|---|
| FILE    EDIT    KEYS | | HELP |
| TRADING PARTNER  ID | COMPANY NAME | TYPE |

CISCO                CISCO TRADING PARTNER        REMOTE
SEARS                SEARS TRADING PARTNER        REMOTE
ME                   MYSELF HERE                  LOCAL

## FIG. 15

| TRADING PARTNER PROFILE | | |
| --- | --- | --- |

TRADING PARTNER  ID    TRADING PARTNER

COMPANY NAME    COMPANY NAME

ADDRESS    COMPANY NAME

    COMPANY NAME

    COMPANY NAME

    COMPANY NAME

TYPE    REMOTE    CONTACT INFO...

EDI QUALIFIER/ID

    QUALIFIER    ID

    ADD...    MODIFY...    REMOVE

    BIND KEYS...

    OK    CANCEL    HELP

FIG. 16

FIG. 17

FIG. 18

FIG. 19

FIG. 20

FIG. 21

| TRADING PARTNER AGREEMENTS | | | | |
|---|---|---|---|---|
| FILE    EDIT    VIEW | | | | HELP |
| REMOTE | LOCAL | INBOUND STATUS | OUTBOUND STATUS | |
| CISCO | ME | ACTIVE | UNDEFINED | |
| SEARS | PREMENOS | UNDEFINED | ACTIVE | |
| DEI | ME | HELD | UNDEFINED | |

FIG. 22

FIG. 23

FIG. 24

FIG. 25

FIG. 26

FIG. 27

FIG. 28

FIG. 29

FIG. 30

**U.S. Patent**          Sep. 22, 1998          Sheet 33 of 43          **5,812,669**

KEY-REMOTE

KEY ID                          [SEARS]

IMPORT...

DISTINGUISHED NAME
    COUNTRY              AF AFGHANISTAN              ⬇

    ORGANIZATION        KKK

    ORGANIZATIONAL UNIT ALABAMA

SERIAL NUMBER           XR71

EFFECTIVE DATE          MM/DD/YY HH:MM:SS

STATUS                  ACTIVE          ⬍       DETAILS...

KEY
    PUBLIC KEY          [                    ]

    VERIFICATION DIGEST [                    ]

OK              CANCEL              HELP

FIG. 31

FIG. 32

| PUBLIC KEY - EXPORT | |
|---|---|
| KEY ID | |
| DISTINGUISHED NAME | |
| SERIAL NUMBER | |
| EFFECTIVE DATE | MM/DD/YY  HH:MM:SS |

COPY PUBLIC KEY TO THE FOLLOWING FILE

BROWSE...

OK        CANCEL        HELP

FIG. 33



FIG. 34

| TRACKING -- INTERCHANGES | | |
|---|---|---|
| INTERCHANGE | AUTACK STATUS | REMOTE TRADING PARTNER |
| 9999999999999999999 | NRR SENT | CISCO |
| 9999999999999999999 | NRR RECV | SEARS |

EDI: INTERCHANGE NUMBER: 9999999999999999999999
NON-REPUDIATION OF RECEIPT AUTACK TRACKING ID: 9999999999
  RECEIVED DATE AND TIME: 99/99/9999 99:99:99
NON-REPUDIATION OF RECEIPT AUTACK: SENT DATA AND TIME: 99/99/9999
99:99:99
STATUS:
DUPLICATED:
SENDER:

VIEW EDI DATA        PRINT...

CLOSE                                              HELP

FIG. 35



FIG. 36

```
┌─────────────────────────────────────────────────────┐
│               TRACKING -- SELECT ROWS                 │
│                                                       │
│   ☐  START DATE        │MM/DD/YY HH:MM:SS         │   │
│   ☐  END DATE          │MM/DD/YY HH:MM:SS         │   │
│   ☐  START TRACKING #  │                          │   │
│   ☐  END TRACKING #    │                          │   │
│   ☐  FROM PARTNER      │CISCO                  ⇩  │   │
│   ☐  TO PARTNER        │CISCO                  ⇩  │   │
│                                                       │
│   MAXIMUM NUMBER OF ROWS    │ 1000 │                   │
│                                                       │
│   ┌────────┐      ┌────────┐          ┌────────┐      │
│   │   OK   │      │ CANCEL │          │  HELP  │      │
│   └────────┘      └────────┘          └────────┘      │
└─────────────────────────────────────────────────────┘
```

FIG. 37

FIG. 38

FIG. 39

FIG. 40

FIG. 41

5,812,669

**1**

## METHOD AND SYSTEM FOR PROVIDING SECURE EDI OVER AN OPEN NETWORK

### BACKGROUND OF THE INVENTION

#### Field of the Invention

The present invention relates to methods and systems for providing secure EDI over an open system network, such as the INTERNET, and particularly to an improved method and system for providing a secure EDI mailer over an open network which employs an RSA type public/private key encryption scheme in order to deliver secure authentication, and non-repudiation of both origin and receipt.

Public/private key secure communication systems over an open network are well known, such as described in U.S. Pat. Nos. 4,578,531; 4,471,164; 5,268,962; 5,142,577; 4,893, 338; 5,222,140; 5,261,002; 5,073,934; 5,303,303; 5,297, 208; 5,369,705; 5,351,293; 5,375,169; 5,224,166; 5,253, 294; and 5,237,611. The RSA public/private key encryption scheme, is a well-known public key system for providing secure messages over an open network, such as the INTERNET, and is described in various issued United States patents, such as U.S. Pat. Nos. 4,405,829; 4,424,414; 4,200, 770; 4,218,582; 5,073,935; and 4,723,284, the contents of which are incorporated by reference herein. In addition, the concept of non-repudiation of origin is known, such as described in U.S. Pat. Nos. 5,226,709; and 5,367,573; as well as such systems in which digital signatures are employed in public/private key systems, such as described in U.S. Pat. Nos. 5,311,591; 5,214,702; 5,337,360; 4,868, 877; 5,001,752; 5,005,200; 5,136,643; 5,018,196; 4,885, 777; 4,267,782; 5,351,302; 5,208,858; 5,299,263; 5,142, 578; 4,987,593; 4,991,210; 5,339,361; 5,373,558; 4,625, 076; and the Entrust system marketed by Northern Telecom. Furthermore, various other secure transmission systems have been developed over the years in an attempt to try to provide secure business communications over public or private networks, such as described in U.S. Pat. Nos. 5,369, 702; 4,876,716; 5,199,074; 4,823,388; 5,268,962; 5,022, 080; 5,136,646; and 5,204,961. Also, the use of electronic data or document interchange or EDI to transmit business communications from peer to peer is known in the art, such as described, by way of example, in U.S. Pat. No. 5,202,977 owned by the assignee herein, or in previously mentioned U.S. Pat. No. 5,337,360. However, applicants are not aware of any successful prior art attempts to use the INTERNET, or any other widely accessible open network, such as telephone lines or any TCP/IP system, in which a secure public key/private key system, such as RSA, has been successfully combined with EDI to provide authentication and non-repudiation of both origin and receipt in a secure peer-to-peer private transaction which can occur at any time over the open network without requiring password management, while also providing verification of message integrity. Such a system eliminates the need for private valve-added networks and other third party private networks as well as ensuring the commercial feasibility of a private peer-to-peer business transaction over a widely available open network using EDI. The certainty of non-repudiation and authentication eliminates the ability of either party to deny that the transaction was approved and eliminates doubt as to the contents of the EDI document giving rise to the transaction. The ability of the method and system of the present invention to provide a secure EDI mailer in combination with an RSA type public/private key system overcomes the disadvantages of the prior art.

### SUMMARY OF THE INVENTION

The method and system of the present invention comprises using the AUTACK or EDI acknowledgement mes-

**2**

sage as a document to provide the digital signature in a public/private key system in which the AUTACK is signed by an encrypted hash code from the EDI interchange communication which has been encrypted with the sender's private key, such as in an RSA type public/private key system, and is an improvement on such systems. Because the AUTACK or functional acknowledgement is sealed with the private key of the sender of the functional acknowledgement, the recipient of the original message, when the original sender decrypts the reply AUTACK message with the recipient's public key, he is assured that the intended recipient actually sent the reply AUTACK or acknowledgement and of the integrity of the receipt due to the correct hash code being detected.

The EDI AUTACK message, such as the EDIFACT AUTACK message, a generic international standard of EDI for administration, commerce and trade, is preferably used to deliver the desired secure authentication, non-repudiation of origin or receipt, and acknowledgement or denial of acknowledgement for one or more EDI envelopes, such as the X.12 or EDIFACT envelopes, by way of example. In the presently preferred method and system of the present invention, in the process of authentication and non-repudiation of origin, the sender computes a desired hash or message digest from the EDI, such as the MD5 for the entire EDI interchange communication, and inserts the value in the AUTACK message. The sender then preferably computes the MD5 (message digest version 5) of the AUTACK message and digitally signs the AUTACK by encrypting the computed MD5 with the sender's private key, and inserts this value in the AUTACK message. Thus, the AUTACK, or EDI acknowledgement message, is preferably used to provide the signature. The recipient, after receipt of the message, then decrypts the EDI interchange communication, if it is encrypted, and computer the MD5 of the received EDI interchange communication. If non-repudiation of origin is desired, the recipient then decrypts the AUTACK message with the sender' public key. The value obtained by this decryption in this example is the MD5 of the AUTACK message. The MD5 of the AUTACK message is then computed and compared with the decrypted value. If both values are equal, the integrity of the AUTACK is verified and non-repudiation of origin is established. The MD5 of the EDI interchange communication is then compared with the MD5 of the EDI interchange which had been inserted in the AUTACK and if the two are equal, then the integrity of the EDI interchange is verified, and non-repudiation of origin is established.

In order to then establish non-repudiation of receipt, after verifying the integrity and authenticity of the EDI interchange communication received in the manner described above, a new or reply AUTACK is created by populating all segments and elements as appropriate, the computed MD5 is digitally signed with the receiver's private key, the digitally signed MD5 is inserted into the reply AUTACK, appropriate segments of the reply AUTACK are populated, and the prepared reply AUTACK is transmitted to the sender. The original sender, upon receiving this reply AUTACK, then verifies the digital signature from the recipient of his original message by decrypting it with the receiver's public key. The value obtained by this decryption is the MD5 of the received reply AUTACK. The original sender, who has received the reply AUTACK from the recipient of his message, then computes the MD5 of the received reply AUTACK and if the computed MD5 is equal to the decrypted MD5, the integrity of the AUTACK is preserved and non-repudiation of origin of the AUTACK is established. Moreover, if the MD5

5,812,669

3

contained in the particular segment of the AUTACK received where it has been inserted by the sender is equal to the MD5 of the EDI interchange previously transmitted and the acknowledgement is positive, which can be inferred by testing the security code in the AUTACK message, then the following are implicit to establish non-repudiation of receipt: the EDI interchange communication in question is known to both sender and receiver because the MD5 of the EDI interchange communication and the interchange number are contained in the AUTACK message and have been duly recognized, the integrity and authenticity of the EDI interchange communication upon receipt has been verified, and the receiver does not deny having received the EDI interchange communication in question.

The ability to trade or conduct business on a peer-to-peer basis over an open public network, such as the INTERNET, without the need for password management may be controlled, to the extent desired, by the trading participants through the use of trading partner agreements to provide key exchange certification, or by reliance on a certificate authority which issues and verifies public/private key paths. Thus, private and secure transactions, subject to authentication and non-repudiation of both origin and receipt, along with verification of message integrity, using EDI, may be conducted over an open communication network.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a functional flow diagram of the presently preferred method and system of the present invention for providing secure EDI over an open network, such as the INTERNET, in order to provide, integrity, authentication, non-repudiation of origin and recipient, and confidentiality using EDI;

FIG. 2 is a functional flow diagram of the portion of the method and system of FIG. 1 which provides authentication and non-repudiation of origin using the EDIFACT AUTACK message;

FIG. 3 is a functional flow diagram, similar to FIG. 2, of the portion of the method and system of FIG. 1 which provides non-repudiation of recipient using the EDIFACT AUTACK message;

FIG. 4 is a functional flow diagram of the receipt of secure mail over the INTERNET in accordance with the presently preferred method and system of the present invention;

FIG. 5 is a functional flow diagram, similar to FIG. 4, of the sending of secure mail over the INTERNET in accordance with the presently preferred method and system of the present invention;

FIG. 6 is a functional flow diagram, similar to FIG. 4, of trading partner management in accordance with the presently preferred method and system of the present invention;

FIG. 7 is a functional flow diagram, similar to FIG. 4, of audit log management in accordance with the presently preferred method and system of the present invention;

FIG. 8 is a functional flow diagram, similar to FIG. 4, of tracking management in accordance with the presently preferred method and system of the present invention;

FIG. 9 is a functional flow diagram, similar to FIG. 4, of job monitoring in accordance with the presently preferred method and system of the present invention;

FIG. 10 is a functional diagram of the organization of the system employed in carrying out the presently preferred method and system of the present invention;

FIGS. 11A, 11B, 12, 13A, and 13B comprise a functional flow diagram, similar to FIG. 4, of the overall presently

4

preferred method and system of FIGS. 1–10, with FIG. 11 illustrating certificate verification, FIG. 12 illustrating TPA processing, and FIG. 13 illustrating public key/private key processing;

FIG. 14 is a diagrammatic illustration of a typical computer screen display in accordance with the presently preferred method and system of the present invention, illustrating the various functional options to be controlled by the users to ensure secure mail over the INTERNET in accordance with the presently preferred method and system of the present invention.

FIGS. 15–21 are diagrammatic illustrations, similar to FIG. 14, of typical computer screen displays in accordance with the TRADING PARTNERS PROFILE option in the screen display of FIG. 14;

FIGS. 22–28 are diagrammatic illustrations, similar to FIG. 14, of typical computer screen displays in accordance with the TRADING PARTNER AGREEMENTS option in the screen display of FIG. 14, with FIG. 28 illustrating the OUTBOUND RETRANSMISSION screen display for sending secure E-mail in accordance with the presently preferred method and system of the present invention;

FIGS. 29–33 are diagrammatic illustrations, similar to FIG. 14, of typical computer screen displays in accordance with the KEY MANAGEMENT option in the screen display of FIG. 14; and

FIGS. 34–41 are diagrammatic illustrations, similar to FIG. 14, of typical computer screen displays in accordance with the TRACKING option in the screen display of FIG. 14, with FIGS. 35–38 illustrating tracking interchanges and FIGS. 39–41 illustrating tracking an audit log.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

Referring now to the drawings in detail, and initially to FIG. 1, a functional flow diagram of the presently preferred system 100 of the present invention for providing secure EDI over a conventional open network, such as the commercially available INTERNET 102, is shown. The preferred method and system of the present invention is implemented in a system which is provided under the trademark TEMPLAR owned by the assignee herein. As will be explained in greater detail hereinafter, with reference to FIGS. 2–41, the presently preferred method and system of the present invention provides integrity, authentication, non-repudiation of both origin and receipt, and confidentiality using EDI. This is preferably accomplished by using the AUTACK or EDI (Electronic Data Interchange) acknowledgement message as a document to provide a digital signature in a public/private key system, which is preferably one employing the conventional RSA public/private key encryption scheme, such as the encryption scheme described in U.S. Pat. Nos. 4,405,828; 4,424,414; 4,200,770; and 4,218,582, the contents of which are incorporated by reference herein in their entirety. As will be described in greater detail hereinafter, the AUTACK is preferably sealed or signed with a digital signature which is preferably created by encrypting the MD5 (message digest version 5) of the AUTACK with the originator of the AUTACK's private key, such as the private key of the sender in the preferred process of authentication and non-repudiation of origin illustrated in FIG. 2, or with the private key of the recipient in the preferred process of non-repudiation of receipt illustrated in FIG. 3. The digital signature is then preferably inserted into a predetermined position in the AUTACK and transmitted to the other party to the transaction. Because the AUTACK is

5,812,669

| 5 | 6 |

sealed with the private key of the sender of the AUTACK, when the receiver of that AUTACK decrypts the AUTACK with the public key of the sender of that AUTACK, he is assured that the intended recipient of his message actually sent that AUTACK, as well as being assured of the integrity of the receipt due to the correct hash code being detected in the manner to be described hereinafter. In accordance with the present invention, the encrypted secret key used to encrypt the message, as well as the message itself, are contained in the PKCS message.

The MD5 is a conventional value which can be obtained in an EDI message by conventionally hashing a quantity, such as an EDI interchange. There is a very low probability that the MD5 of any two different documents will be the same and, accordingly, the MD5 is preferably used to establish the integrity of EDI interchanges in accordance with the presently preferred method of the present invention.

As is well known by users of EDI, an AUTACK message is an UN/EDIFACT standard for authentication and acknowledgement. In accordance with the presently preferred method and system of the present invention, the AUTACK preferably consists of the USH or security header, USB, USX to identify the message, USY to hold security information on the referred message, USR, and a few other conventional segments normally found in an AUTACK. Preferably, information such as response type, scope of security application, and security function are coded in the USH segment. By way of example, the second element of the USH segment may preferably contain the value 2, or some other designated value, if the AUTACK were to serve as a document verifying non-repudiation of origin with, for example, the fifth field having the value 2, or some other designated value, if an acknowledgement were required. The USX segment preferably contains the interchange number of the EDI interchange in question, thereby linking the referred message to the AUTACK, and the USR segment preferably is a security result holder and contains the digitally signed MD5 of the AUTACK in accordance with the present invention.

As further shown and preferred in FIG. 1, assuming only a two party business transaction between two parties who have entered into a trading partner agreement, each of the parties has a conventional computer workstation 104, 106, such as a RS/6000, HP/9000 and a SOLARIS; a conventional EDI translator 108, 110; a conventional integrated software/hardware server 112, 114, which has been programmed to operate in accordance with the preferred method and system of the present invention, and which includes conventional computer display terminals 116, 118, capable of operating in a Microsoft WINDOWS or UNIX X-WINDOWS type environment, for displaying messages and choices in accordance with the preferred method of the present invention as well as messages and documents transmitted via EDI over the INTERNET network 102 in carrying out the method of the present invention, with the servers 112, 114 being capable of providing the desired authentication, integrity, non-repudiation of origin and receipt, and confidentiality in accordance with the present invention. As shown and preferred, the servers 112, 114 conventionally communicate over the open network, such as the INTERNET 102, through a heterogeneous mail environment 120, 122, such as one employing SMPT/MIME, X400/X435, LOTUS NOTES/cc:MAIL, and/or MICROSOFT MAIL/ EXCHANGE. The server 112, 114 are preferably conventional computers, which have been conventionally programmed in C++, to carry out the presently preferred method of the present invention, and are preferably targeted to run on on one of the following UNIX platforms: AIX, HPUX, SUN OS, or SOLARIS.

Enumerated below in TABLE A are the various scripts which may be readily used by a programmer of ordinary skill in the art to create the necessary programming in C++, which is an object oriented programming language, to run on the servers 112, 114 to carry out the presently preferred method of the present invention. As will be noted, the various scripts relate to sending an EDI document, re-sending an EDI document, receiving a valid EDI document, receiving an acknowledgement AUTACK, receiving a trading partner's new public key, distributing your new public key to related trading partners, activating the certificate management main menu, creating your own private/public key pair, changing a certificate (your own public/private key pair), removing your own private/public key pair, copying your own public key to disk file, printing your own public key certificate, saving your own private/ public key to disk file, restoring your own private/public key from disk file to replace the existing private/public key, restoring your own private/public key from disk file to a new key, activating the trading partner public key management main menu, adding a trading partner public key, changing the trading partner public key, removing the trading partner public key, copying the trading partner public key from disk file to replace the existing trading partner public key, copying the trading partner public key from disk file to a new key.activating the trading partner agreement management main menu, adding trading partner agreement, changing the trading partner agreement, removing the trading partner agreement, copying the trading partner agreement to disk file, copying the trading partner agreement from disk file, MIME packaging (conventional MIME mailer), MIME unpackaging, PKCS packaging (conventional PKCS), PKCS unpackaging, working with the tracking record, monitoring server jobs, receiving an invalid EDI document with an integrity problem, receiving an AUTACK with an integrity problem, receiving unsupported mail, receiving an EDI interchange without AUTACK while non-repudiation of origin is expected, and receiving an unexpected AUTACK.

TABLE A

|  | Scripts | |
| --- | --- | --- |
| Initiator | Action | Participant |
| Send an EDI document | | |
| EDI translator | Request to send an EDI batch | authentication agent |
| authentication agent | Get sender and receiver ID envelop | EDI interchange |
| authentication agent | Create a tracking record | tracking record |
| authentication agent | Create an event begin log entry | audit log |
| authentication agent | Request digest calculation method and trading partner's destination address, source address, method of non-repudiation of receipt (NRR), non-repudiation of origin (NRO), confidentiality and transfer | trading partner agreement |
| authentication agent | Get identification digest | EDI interchange |
| EDI interchange | Get identification digest method | configuration |
| EDI interchange | Calculate digest of the EDI interchange | digest calculator |

5,812,669

| 7 | 8 |

### TABLE A-continued

#### Scripts

| Initiator | Action | Participant |
|---|---|---|
| authentication agent | Verify the control number and identification digest is unique | tracking list |
| authentication agent | Create AUTACK | AUTACK |
| AUTACK | Get the private key ID, NRR, NRO, integrity check, digest method | trading partner agreement |
| AUTACK | Get the private key | key directory |
| AUTACK | Get integrity digest | EDI interchange |
| AUTACK | Calculate own digest | digest calculator |
| AUTACK | Sign the digest of the AUTACK | BSAFE |
| authentication agent | Create AUTACK envelop | UNB envelop |
| authentication agent | Encrypt the EDI interchange | PKCS |
| authentication agent | Combine the EDI interchange and AUTACK into one MIME encoded mail body (multiple MIME partials | MIME packager |
| authentication agent | Send the encoded interchange to trading partner | sendmail |
| authentication agent | Update the tracking record with send date and time, location of the mail body, sender and receiver ID, NRO and integrity digest, private key ID, public key ID, identification digest | tracking record |
| authentication agent | Create a mail sent log entry | audit log |
| authentication agent | Return a success return code and tracking record ID to EDI translator | authentication agent |

Re-Send an EDI document

| re-transmit monitor | Request the acknowledge status | tracking record |
| re-transmit monitor | Request re-transmit action | trading partner agreement |
| re-transmit monitor | Request to re-send the EDI interchange | authentication agent |
| authentication agent | Request the location of the mail body | tracking record |
| authentication agent | Send the encoded interchange to trading partner | sendmail |
| authentication agent | Update the tracking record with re-send date and time | tracking record |
| authentication agent | Create a mail re-sent log entry | audit log |

Receive a valid EDI document

| MIME packager | Inform mail arrival | MIME packager |
| authentication agent | Create a mail received successfully log entry | audit log |
| authentication agent | Validate the received mail contained an EDI interchange | EDI interchange |
| authentication agent | Create a tracking record | tracking record |
| authentication agent | Get sender and receiver ID | EDI interchange envelop |
| authentication agent | Get trading partner agreement with sender and receiver ID | trading partner agreement |
| authentication agent | Get the digest of the interchange and signed digest, and digest calculation method | AUTACK |
| AUTACK | Get the public key ID | trading partner agreement |
| AUTACK | Get the public key of the trading partner | key directory |
| key directory | Read the latest effective public key | key directory |
| AUTACK | Decrypt the signed digest | BSAFE |
| authentication agent | Calculate digest of the EDI interchange | EDI interchange |
| authentication agent | Compare the calculated digest of the EDI interchange with the digest in | AUTACK |

### TABLE A-continued

#### Scripts

| Initiator | Action | Participant |
|---|---|---|
|  | the AUTACK, verify the digest of the partial AUTACK same as the decrypted signed digest in the AUTACK |  |
| authentication agent | Get identification digest | EDI interchange |
| EDI interchange | Get identification digest method | configuration |
| EDI interchange | Calculate digest of the EDI interchange | digest calculator |
| authentication agent | Verify the control number and identification digest is unique | tracking list |
| authentication agent | Create an EDI interchange received successfully log entry | audit log |
| authentication agent | Get the non-repudiation of receipt flag | trading partner agreement |
| authentication agent | Create an acknowledge AUTACK, control number | AUTACK |
| AUTACK | Get the private key ID | trading partner agreement |
| AUTACK | Get the private key | key directory |
| AUTACK | Sign the digest | BSAFE |
| authentication agent | Create an AUTACK send request log entry | audit log |
| authentication agent | Create an AUTACK MIME encoded mail body | MIME packager |
| authentication agent | Send the encoded AUTACK to trading partner | sendmail |
| authentication agent | Update the tracking record with AUTACK send and time, location of the mail body, sender and receiver ID digest | tracking record |
| authentication agent | Create an AUTACK sent log entry | audit log |
| authentication agent | Get inbound routing post-processing action | trading partner agreement |
| authentication agent | Write EDI data to specified file or directory | authentication agent |
| authentication agent | Execute post-processing command (e.g. invoke EDI translator) | authentication agent |

Receive an acknowledgement AUTACK

| MIME packager | Inform mail arrival | MIME packager |
| authentication agent | Get list of MIME body parts | MIME packager |
| authentication agent | Validate the received mail contained an AUTACK | AUTACK interchange |
| authentication agent | Get sender and receiver ID | AUTACK interchange envelope |
| authentication agent | Get NRR flag, public key ID | Trading partner agreement |
| authentication agent | Verify the sender's signature | BSAFE |
| authentication agent | Get interchange control number and integrity digest | AUTACK |
| authentication agent | Update acknowledge received date and time of the sent interchange | tracking record |

Receive a trading partner's new public key

| MIME packager | Inform mail arrival | MIME packager |
| authentication agent | Get list of MIME body parts | MIME packager |
| authentication agent | Validate the received mail contained a certificate | certificate |
| authentication agent | Get distinguish name, qualifier and ID of the trading partner | certificate |
| authentication agent | Get e-mail address of certificate management staff, public key | key directory |
| authentication agent | Verify the signature | BSAFE |
| authentication agent | Log certificate arrival | audit log |

5,812,669

9 | 10

### TABLE A-continued

#### Scripts

| Initiator | Action | Participant |
|---|---|---|
| authentication agent | Create a tracking record with type certificate | tracking record |
| authentication agent | Inform the user the arrival of the certificate | authentication agent |
| User | Verify with trading partner that the certificate is correct | User |
| User | Select to update the certificate from the tracking record | |
| UI | Get the certificate | tracking record |
| UI | Add the certificate with new serial number | key directory |
| UI | Change the expired date of previous certificate | key directory |
| UI | Log certificate update | audit log |
| UI | Change the status of the tracking record to updated | tracking record |

Distribute new own public key to related trading partners

| User | Invoke certificate management button | User |
|---|---|---|
| UI | Get a list of key pair - key ID | key directory |
| UI | Display the list of key pair on screen | UI |
| User | Select the certificate to distribute | User |
| User | Invoke the distribution function | User |
| UI | Get a list of trading partner using that certificate | trading partner agreement |
| UI | Get the e-mail address of the trading partner | trading partner |
| UI | Display the list of trading partner and e-mail address | UI |
| User | Select or de-select trading partner | User |
| User | Change the e-mail address | User |
| User | Add a new e-mail address | User |
| User | Invoke the distribution process | User |
| UI | Create the certificate (X.509 or PKCS?) | key directory |
| UI | Encode the certificate in MIME format | MIME packager |
| UI | Send the MIME encode certificate | sendmail |
| UI | Create a key sent log entry | audit log |

Activate certificate management main menu

| User | Invoke certificate management button | User |
|---|---|---|
| UI | Get a list of key pair - key ID | key directory |
| UI | Display the list of key pair on screen | UI |

Create own private/public key pair
The user needs to logon and activate certificate management main menu before get to this function.

| User | Invoke create key pair button | User |
|---|---|---|
| UI | Display a screen to accept key ID, effective date, distinguished name and e-mail address | UI |
| User | Key in the key ID, effective date, name and e-mail address | User |
| UI | Create key pair | key directory |
| key directory | Get length of the key | configuration |
| key directory | Get key generation seed | seed generator |
| key directory | Generate private and public key pair | BSAFE |
| key directory | Ensure the public key does not exist | key directory database |
| key directory | Get internal encryption key | configuration |
| key directory | Encrypt the private key | BSAFE |
| key directory | Assign 1 to the serial number | key directory |
| key directory | Write the key pair | database |
| key directory | Return the key pair | key directory |
| UI | Update key list | UI |

Change certificate (own private/public key pair)
The user needs to logon and activate certificate management main menu before get to this function.

| User | Select a key pair for change | User |
|---|---|---|
| User | Invoke change certificate button | User |
| UI | Display a screen to change effective date, name and e-mail address | User |
| User | Change fields | User |

| Initiator | Action | Participant |
|---|---|---|
| User | Invoke the create new key button | User |
| UI | Re-generate the key pair | key directory |
| key directory | Assign new serial number | key directory |
| key directory | Get key generation seed | seed generator |
| key directory | Get length of key | configuration |
| key directory | Generate private and public key pair | BSAFE |
| key directory | Ensure the public key does not exist | key directory database |
| key directory | Get internal encryption key | configuration |
| key directory | Encrypt the private key | BSAFE |
| key directory | Write the new key pair | key directory database |
| key directory | Return the key pair | key directory |
| UI | Update key list | UI |

Remove own private/public key pair
The user needs to logon and activate certificate management main menu before get to this function.

| User | Select a key pair for removal | User |
|---|---|---|
| User | Invoke remove key pair button | User |
| UI | Check whether the key pair is used in any trading partner agreement | trading partner agreement |
| UI | Display the confirmation message | User |
| User | Confirm to remove the key pair | User |
| UI | Remove the key pair | key directory |
| key directory | Deactivate the key pair | key directory database |
| UI | Mark the key pair as deactivated on screen | UI |

Copy own public key to disk file
The user needs to logon and activate certificate management main menu before get to this function.

| User | Select a key | User |
|---|---|---|
| User | Invoke the copy to disk function | User |
| UI | Display a screen to prompt for the output file name | UI |
| User | Key in the file name | User |
| UI | Display a replacement confirmation screen | UI |
| User | Select to overwrite the existing file | User |
| UI | Output the certificate in X.509 format to disk file | key directory |
| UI | Display a completion message | UI |
| UI | Redisplay the list | UI |

Print own public key certificate
The user needs to logon and activate certificate management main menu before get to this function.

| User | Select a key | User |
|---|---|---|
| User | Invoke the print certificate function | User |
| UI | Get the human readable formated certificate | key directory |
| key directory | Format the distinguished name, public key, effective date, reference (key ID), serial number, signature algorithm, certificate signature, version, issuer and e-mail address | key directory |
| UI | Output the certificate to the system default printer | UI |
| UI | Redisplay the list | UI |

Save own private/public key to disk file
The user needs to logon and activate certificate management main menu before get to this function.

| User | Select a key | User |
|---|---|---|
| User | Invoke the save to disk function | User |
| UI | Display a screen to prompt for the output file name | UI |
| User | Key in the file name | User |
| UI | Display a replacement confirmation screen | UI |
| User | Select to overwrite the existing file | User |

5,812,669

**11**

TABLE A-continued

Scripts

| Initiator | Action | Participant |
|---|---|---|
| UI | Output the key pair - distinguished name, private, public key, effective date, reference (key ID), serial number, digest algorithm, digest, version, issuer and e-mail address to file | key directory |
| UI | Display a completion message | UI |
| UI | Redisplay the list | UI |

Restore own private/public key from disk file to replace the existing
The user needs to logon and activate certificate management main menu before get to this function.

| Initiator | Action | Participant |
|---|---|---|
| User | Select a key | User |
| User | Invoke the restore from disk function | User |
| UI | Display a screen to prompt for the input file name | UI |
| User | Key in the file name | User |
| UI | Display a replacement confirmation and save the key pair screen | UI |
| User | Select to overwrite the existing key and key in the save file name | User |
| UI | Create a log entry | audit log |
| UI | Output the existing key pair - distinguished name, private, public key, effective date, reference (key ID), serial number, digest algorithm, digest, version, issuer and e-mail address to the save file | key directory |
| UI | Replace the key pair | key directory |
| key directory | Read in the key information from the file | key directory |
| key directory | Update the key information | database |
| UI | Display a completion message | UI |
| UI | Redisplay the list | UI |

Restore own private/public key from disk file to a new key
The user needs to logon and activate certificate management main menu before get to this function.

| Initiator | Action | Participant |
|---|---|---|
| User | Invoke the restore from disk function | User |
| UI | Display a screen to prompt for the key ID and input file name | UI |
| User | Key in the key ID and file name | User |
| key directory | Read in the key information from the file | key directory |
| key directory | Calculate the certificate digest | digest calculator |
| key directory | Verify the digest match | key directory |
| key directory | Write the key information | database |
| UI | Add the key pair to the list | UI |
| UI | Redisplay the list | UI |

Activate trading partner public key management main menu

| Initiator | Action | Participant |
|---|---|---|
| User | Invoke trading partner key button | User |
| UI | Get a list of trading partner public key | key directory |
| UI | Display the list of trading partner public keys on screen | UI |

Add trading partner public key
The user needs to logon and activate trading partner public certificate management main menu before get to this function.

| Initiator | Action | Participant |
|---|---|---|
| User | Invoke the add trading partner public key button | User |
| UI | Display add trading partner public key screen | UI |
| User | Select to add the key from a disk file | User |
| UI | Display a screen for keying in the file name | UI |
| User | Key in the file name | User |
| UI | Read in the e-mail address, effective date, public key, phone number, street address | public key file |
| UI | Display the public key | UI |

**12**

TABLE A-continued

Scripts

| Initiator | Action | Participant |
|---|---|---|
| User | Key in the trading partner company name | User |
| UI | Display the new public key in the list on screen | UI |

Change trading partner public key
The user needs to logon and activate trading partner public certificate management main menu before get to this function.

| Initiator | Action | Participant |
|---|---|---|
| User | Select a public key for change | User |
| User | Invoke the change public key button | User |
| UI | Get the public key informatoin | key directory |
| UI | Display trading partner public key on screen | UI |
| User | Change the effective date and public key | User |
| UI | Update the public key | key directory |
| UI | Add the new public key with new serial number | key directory |
| UI | Display the new public key in the list on screen | UI |

Remove trading partner public key
The user needs to logon and activate trading partner public certificate management main menu before get to this function.

| Initiator | Action | Participant |
|---|---|---|
| User | Select a public key for removal | User |
| User | Invoke the remove public key button | User |
| UI | Get the public key information | key directory |
| UI | Display add trading partner public key screen | UI |
| UI | Display the confirmation screen | UI |
| User | Confirm the removal | User |
| UI | Deactivate the public key | key directory |
| UI | Remove the public key from the list on screen | UI |

Copy trading partner public key from disk file to replace the existing
The user needs to logon and activate certificate management main menu before get to this function. Assume the file is in X.509 format.

| Initiator | Action | Participant |
|---|---|---|
| User | Select a public key | User |
| User | Invoke the restore from disk function | User |
| UI | Display a screen to prompt for the input file name | UI |
| User | Key in the file name | User |
| UI | Display a replacement confirmation and save the key pair screen | UI |
| User | Select to overwrite the existing key and key in the save file name | User |
| UI | Create a log entry | audit log |
| UI | Output the existing key - distinguished name, public key, effective date, reference (key ID), serial number, digest algorithm, digest, version, issuer and e-mail address to the save file | key directory |
| UI | Replace the key | key directory |
| key directory | Read in the key information from the file | key directory |
| key directory | Update the key information | database |
| UI | Display a completion message | UI |
| UI | Redisplay the list | UI |

Copy trading partner public key from disk file to a new key
The user needs to logon and activate certificate management main menu before get to this function. Assume the file is in X.509 format.

| Initiator | Action | Participant |
|---|---|---|
| User | Invoke the restore from disk function | User |
| UI | Display a screen to prompt for the key ID and input file name | UI |
| User | Key in the key ID and file name | User |
| key directory | Read in the key information from the file | key directory |
| key directory | Calculate the certificate digest | digest calculator |
| key directory | Verify the digest match | key directory |
| key directory | Write the key information | database |
| UI | Add the key to the list | UI |
| UI | Redisplay the list | UI |

5,812,669

| 13 | 14 |

## TABLE A-continued

### Scripts

| Initiator | Action | Participant |
| --- | --- | --- |
| Activate trading partner agreement management main menu | | |
| User | Invoke trading partner agreement button | User |
| UI | Get a list of trading partner agreement | trading partner agreement list |
| UI | Display the list of trading partner agreement on screen | UI |
| Add trading partner agreement | | |
| The user needs to logon and activate trading partner management main menu before get to this function. | | |
| User | Invoke the add trading partner agreement button | User |
| UI | Display trading partner agreement screen to accept local trading partner and certificate ID; remote trading partner and certificate ID | UI |
| User | Invoke add new local trading partner | User |
| UI | Display an add trading partner screen | UI |
| User | Key in name, contact, contact e-mail address, phone fax, address, full name, comment | User |
| UI | Verify the trading partner does not exist | trading partner list |
| UI | Add the trading partner | trading partner list |
| UI | Display the local trading partner on screen | UI |
| User | Key in envelop type, seperators, qualifier and ID | User |
| User | Invoke add new remote trading partner | User |
| UI | Display an add trading partner screen | UI |
| User | Key in name, contact, contact e-mail address, phone, fax, address, full name, comment | User |
| UI | Verify the trading partner does not exist | trading partner list |
| UI | Add the trading partner | trading partner list |
| UI | Display the remote trading partner on screen | UI |
| User | Invoke the inbound routing button | User |
| UI | Display inbound routing information screen | UI |
| User | Key in inbound information-status; security - NRO, NRR, and confidential; file to receive EDI data; command to run after receiving | User |
| UI | Verify inbound routing information | inbound routing |
| UI | Add inbound routing | inbound routing |
| User | Invoke the outbound routing button | User |
| UI | Display outbound routing information screen | UI |
| User | Key in transport information - MIME receiver and sender e-mail address, maximum message size, character set | User |
| User | Key in security - NRO, NRR, confidential | User |
| User | Key in re-transmission interval and action | User |
| UI | Verify outbound routing information | outbound routing |
| UI | Acid outbound routing | outbound routing |
| UI | Re-display the trading partner agreement main screen | UI |
| User | Select to save the trading partner agreement | User |
| UI | Add the trading partner agreement | trading partner agreement list |
| Change trading partner agreement | | |
| The user needs to logon and activate trading partner management main menu before get to this function. | | |

## TABLE A-continued

### Scripts

| Initiator | Action | Participant |
| --- | --- | --- |
| User | Select trading partner agreement for change | User |
| User | Invoke the change trading partner agreement button | User |
| UI | Get the selected trading partner agreement | trading partner agreement list |
| UI | Get information - local and remote trading partner, inbound and outbound information | trading partner agreement |
| UI | Display trading partner agreement information on screen and do not allow to change the local and remote trading partner | UI |
| User | Request to change the local trading partner information | User |
| UI | Get information about the local trading partner | trading partner |
| UI | Display the trading partner information on screen | UI |
| User | Change e-mail address of the trading partner | User |
| UI | Update the trading partner | trading partner |
| UI | Display the trading partner agreement screen | UI |
| User | Select to change remote the trading partner | UI |
| UI | Get information about the remote trading partner | trading partner |
| UI | Display the trading partner information on screen | UI |
| UI | Display the trading partner agreement screen | UI |
| User | Change the address of the trading partner | User |
| UI | Update the trading partner | trading partner |
| UI | Display the trading partner agreement screen | UI |
| User | Change the inbound and outbound routing information | User |
| User | Select to update the trading partner agreement | User |
| UI | Update the trading partner agreement | trading partner list |
| Remove trading partner agreement | | |
| The user needs to logon and activate trading partner management main menu before get to this function. | | |
| User | Select a trading partner agreement for removal | User |
| User | Invoke the remove trading partner agreement button | User |
| UI | Get the selected trading partner agreement | trading partner agreement list |
| UI | Get information - local and remote trading partner | trading partner agreement |
| UI | Display trading partner agreement information on screen | UI |
| UI | Display the confirmation screen | UI |
| User | Confirm removal | User |
| UI | Remove trading partner agreement | trading partner agreement list |
| UI | Remove the agreement from the list on screen | UI |
| UI | Redisplay the new list on screen | UI |
| Copy trading partner agreement to disk file | | |
| The user needs to logon and activate trading partner agreement management main menu before get to this function. | | |
| User | Select a trading partner agreement | User |
| User | Invoke the copy to disk function | User |
| UI | Display a screen to prompt for the output file name | UI |
| User | Key in the file name | User |
| UI | Display a replacement confirmation screen | UI |

5,812,669

15

TABLE A-continued

Scripts

| Initiator | Action | Participant |
| --- | --- | --- |
| User | Select to overwrite the existing file | User |
| UI | Output the trading partner agreement to file as a flat file | trading partner agreement |
| UI | Display a completion message | UI |
| UI | Redisplay the list | UI |
| Copy trading partner agreement from disk file | | |
| The user needs to logon and activate trading partner agreement main menu before get to this function. | | |
| User | Invoke the copy from disk function | User |
| UI | Display a screen to prompt for the input file name | UI |
| User | Key in the file name | User |
| UI | Display a replacement confirmation screen | UI |
| User | Select to overwrite the existing trading partner agreement | User |
| UI | Replace the trading partner agreement | trading partner agreement |
| trading partner agreement | Read in the trading partner agreement information from the file | trading partner agreement |
| trading partner agreement | Update the trading partner agreement information | database |
| UI | Display a completion message | UI |
| UI | Redisplay the list | UI |
| MIME packaging | | |
| authentication agent | Create a MIME Object with EDI interchange, AUTACK, trading partner agreement | MIME packager |
| MIME packager | Get Sender's and Receiver's Qualifier and ID | EDI interchange |
| MIME packager | Get From and To e-mail address, maximum MIME partial size | trading partner agreement |
| MIME packager | Get trading partner security - encryption method (e.g. DES or RC4), trading partner public key ID, confidentiality flag | trading partner agreement |
| MIME packager | Envelope EDI interchange in PKCS envelope | PKCS envelope |
| MIME packager | Create EDI body part for the PKCS-ed EDI interchange | MIME body part |
| MIME packager | Create AUTACK body part | MIME body part |
| MIME packager | Create MIME header - From and To e-mail address | MIME header |
| MIME packager | Create MIME-partials from MIME header and body parts | MIME message |
| MIME packager | Return the MIME message to authentication agent | MIME |
| MIME unpackaging | | |
| sendmail | Create MIME partial instance | MIME packager |
| MIME packager | Log partial arrival | audit log |
| MIME packager | Assemble partials | MIME packager |
| MIME packager | Log all partials received | audit log |
| MIME packager | Unwrap PKCS-ed body part | PKCS de-enveloper |
| MIME packager | Inform authentication agent mail arrival | MIME packager |
| authentication agent | Get From and To e-mail address | MIME packager |
| MIME packager | Get TP security | trading partner agreement |
| authentication agent | Get list of body parts | MIME message |
| authentication agent | Get AUTACK body part | MIME message |
| authentication agent | Get EDI interchange | MIME message |

16

TABLE A-continued

Scripts

| Initiator | Action | Participant |
| --- | --- | --- |
| authentication agent | Continue with other processing | authentication agent |
| PKCS packaging | | |
| MIME packager | Create a PKCS-ed EDI interchange | PKCS packager |
| PKCS packager | Get sender's and receiver's qualifier and ID | EDI interchanger |
| PKCS packager | Get trading partner's public key ID and encryption method (e.g. DES or RC4) | Trading partner agreement |
| PKCS packager | Get trading partner's public key | key directory |
| PKCS packager | Get random DES key | DES encryptor |
| PKCS packager | Encrypt the EDI interchange | DES encryptor |
| PKCS packager | Encrypt the DES key | BSAFE |
| PKCS packager | Create the PKCS-ed MIME body part with the encrypted DES key and EDI interchange | MIME body part |
| PKCS packager | Return the PKCS-ed EDI interchange | PKCS packager |
| PKCS unpackaging | | |
| MIME packager | Unwrap a PKCS-ed body part | PKCS packager |
| PKCS packager | Get trading partner's public key ID | trading partner agreement |
| PKCS packager | Get trading partner's public key | key directory |
| PKCS packager | Match the certificate in the envelope to the certificate in the key directory | trading partner's public key |
| PKCS packager | Get the PKCS-ed EDI interchanger | PKCS-ed body part |
| PKCS packager | Decrypt the DES key | BSAFE |
| PKCS packager | Decrypt the encrypted EDI interchange | DES encryptor |
| PKCS packager | Return the EDI interchanger to MIME packager | PKCS packager |
| Work with tracking record | | |
| User | Invoke work with tracking record function | User |
| UI | Prompt for selection criteria - date range, sender/receiver, tracking record ID, status, data type, interchange control number (data type sensitive and only apply to EDI data) | UI |
| User | Key in criteria e.g. date range | User |
| UI | Get a list of tracking records which are within the specified date range | tracking record |
| tracking record | Query database | database |
| UI | Display a list of tracking records | UI |
| User | Invoke view detail of an EDI batch | User |
| UI | Get detail | tracking record |
| UI | Display the detail of the EDI batch | UI |
| User | Invoke the retransmission of an interchange | User |
| UI | Retransmit the interchange | authentication agent |
| UI | Redisplay the detail | UI |
| User | Close | User |
| UI | Redisplay the list of tracking record | UI |
| User | Select to retransmit an EDI batch | User |
| UI | Retransmit of the batch | authentication agent |
| UI | Redisplay the list of tracking record | UI |
| User | Reprocess an outbound batch | User |
| UI | Reprocess an outbound batch (start from beginning) | authentication agent |
| UI | Redisplay the list of tracking record | UI |
| User | Reprocess an inbound batch | User |
| UI | Reprocess an inbound batch (start from beginning) | authentication agent |
| UI | Redisplay the list of tracking record | UI |
| User | Continue from last action | User |

5,812,669

| 17 | 18 |

## TABLE A-continued

### Scripts

| Initiator | Action | Participant |
| --- | --- | --- |
| UI | Continue last action | authentication agent |
| authentication agent | Get status | tracking record |
| authentication agent | Continue process according to the status | authentication agent |
| UI | Redisplay the list of tracking record | UI |
| User | Repeat last action of a success inbound batch i.e. retranslate | User |
| UI | Repeat last action | authentication agent |
| authentication agent | Get Status | tracking record |
| authentication agent | Repeat last action | authentication agent |
| UI | Redisplay the list of tracking record | UI |
| User | Select to print a group of tracking record | User |
| UI | Get tracking record summary information | tracking record |
| UI | Format the report | UI |
| UI | Print the report | printer |
| UI | Redisplay the list of tracking record | UI |
| User | Release a hold EDI batch | User |
| UI | Change the status of the tracking record to release | tracking record |
| UI | Process the EDI batch | authentication agent |
| UI | Redisplay the list of tracking record | UI |
| User | Select to display the content of a received mail. | User |
| UI | Get the mail content | tracking record |
| tracking record | Get the mail content | mail file |
| UI | Display the mail | UI |
| User | Close | User |
| UI | Redisplay the list of tracking record | UI |

**Monitor server jobs**

| Initiator | Action | Participant |
| --- | --- | --- |
| User | Invoke work with monitor server jobs function | User |
| UI | Get server jobs information | operating system on the server |
| UI | Display the server job name, status | UI |
| User | Select to refresh the status | User |
| UI | Get server jobs information | operating system on the server |
| UI | Display the server job name, status | UI |
| User | Select to start a server job e.g. guardian | User |
| UI | Start the server job | job configuration |
| job configuration | Start the job | operating system on the server |
| UI | Get server jobs information | operating system on the server |
| UI | Display the server job name, status | UI |

Receive an invalid EDI document with integrity problem
Assume that the beginning of the script is same as the Receive a Valid EDI Document. After verifying the digest of the partial AUTACK same as the decrypted signed digest in the AUTACK, the Authentication Agent finds out that the digest in the AUTACK does not match the digest of the EDI interchange.

| Initiator | Action | Participant |
| --- | --- | --- |
| authentication agent | Create an interchange integrity error log with following information: digest in AUTACK, digest of the EDI interchange, AUTACK control number, interchange control number, trading partner name, tracking record ID. | audit log |
| authentication agent | Update the status of the tracking record to interchange integrity error | tracking record |
| authentication agent | Get local e-mail address | trading partner agreement |

## TABLE A-continued

### Scripts

| Initiator | Action | Participant |
| --- | --- | --- |
| authentication agent | Format an interchange integrity error e-mail with following information: time stamp, digest in AUTACK, digest of the EDI interchange, AUTACK control number, interchange control number, trading partner name, tracking record ID. | authentication agent |
| authentication agent | Send the e-mail | sendmail |
| authentication agent | Get EDI interchange creation date and time | EDI interchange |
| authentication agent | Format a negative AUTACK - the digest in the received AUTACK | AUTACK |
| authentication agent | Create an AUTACK interchange | AUTACK interchange |
| authentication agent | Encode the negative AUTACK in MIME format | MIME packager |
| authentication agent | Send the encoded negative AUTACK to trading partner | sendmail |
| authentication agent | Update the status of the tracking record to interchange integrity error with negative AUTACK sent | tracking record |
| authentication agent | Log the negative AUTACK sent event | audit log |

Receive an AUTACK with integrity problem
Assume that the beginning of the script is same as the Receive A Valid EDI Document. The Authentication Agent finds out that the digest of the partial AUTACK is not same as the decrypted signed digest in the AUTACK.

| Initiator | Action | Participant |
| --- | --- | --- |
| authentication agent | Create an AUTACK integrity error log with following information: signed digest of the partial AUTACK in AUTACK, decrypted signed digest of the partial AUTACK in AUTACK, calculated digest of the partial AUTACK, AUTACK control number, trading partner name, trading partner's public key, tacking record ID. | audit log |
| authentication agent | Update the status of the tracking record to AUTACK integrity error | tracking record |
| authentication agent | Get local e-mail address | trading partner agreement |
| authentication agent | Format an AUTACK integrity error e-mail with following information: time stamp, signed digest of the partial AUTACK in AUTACK, decrypted signed digest of the partial AUTACK in AUTACK, calculated digest of the partial AUTACK, AUTACK control number, trading partner name, trading partner's public key, tracking record ID. | authentication agent |
| authentication agent | Send the e-mail | sendmail |

Receive unsupported mail
Assume that the beginning of the script is same as the Receive a Valid EDI Document. The Authentication Agent finds out that the mail is not an EDI document, not an AUTACK, and not a certificate.

| Initiator | Action | Participant |
| --- | --- | --- |
| authentication agent | Dump the unsupported mail to a file. | dump file |
| dump file | Get the dump file directory | configuration |
| dump file | Generate an unique dump file name | dump file |
| dump file | Output the unsupported mail to the dump file | dump file |
| authentication agent | Create a received unsupported mail error log with following information: sender and receiver e-mail address, subject, e-mail message ID, dump file name. | audit log |

5,812,669

| 19 | | | 20 | | |
|---|---|---|---|---|---|

TABLE A-continued

Scripts

| Initiator | Action | Participant |
|---|---|---|
| authentication agent | Update the status of the tracking record to received unsupported mail, save the dump file name. | tracking record |
| authentication agent | Get local e-mail address | trading partner agreement |
| authentication agent | Format a received unsupported mail error e-mail with following information: sender and receiver e-mail address, subject, e-mail message ID, dump file name | authentication agent |
| authentication agent | Send the e-mail. | sendmail |

Receive an EDI interchange without AUTACK while non-repudiation of origin is expected
Assume that the beginning of the script is same as the Receive a Valid EDI Document. The Authentication Agent finds out that there is no AUTACK in the mail.

| authentication agent | Dump the EDI interchange to a file | dump file |
| dump file | Get the dump file directory | configuration |
| dump file | Generate an unique dump file name | dump file |
| dump file | Output the EDI interchange to the dump file | dump file |
| authentication agent | Create an AUTACK not received error log with following information: time stamp, interchange control number, trading partner name, tracking record ID, dump file name. | audit log |
| authentication agent | Update the status of the tracking record to AUTACK not received, save the dump file name | tracking record |
| authentication agent | Get local e-mail address | trading partner agreement |
| authentication agent | Format an AUTACK not received error e-mail with following information: time stamp, interchange control number, trading partner name, tracking record ID, dump file name. | authentication agent |
| authentication agent | Send the e-mail | sendmail |

Receive an unexpected AUTACK
Assume that the beginning of the script is same as the Receive a Valid EDI Document. The Authentication Agent finds out that there is an AUTACK in the mail but the trading partner agreement specifies non non-repudiation of origin.

| authentication agent | Dump the EDI interchange to a file | dump file |
| dump file | Get the dump file directory | configuration |
| dump file | Generate an unique dump file name | dump file |
| dump file | Output the EDI to the dump file | dump file |
| authentication agent | Dump the AUTACK interchange to a file | dump file |
| dump file | Get the dump file directory | configuration |
| dump file | Generate an unique dump file name | dump file |
| dump file | Output the AUTACK to the dump file | dump file |
| authentication agent | Create an unexpected AUTACK error log with following information: time stamp, interchange control number, trading partner name, tracking record ID, dump file names | audit log |
| authentication agent | Update the status of the tracking record to unexpected AUTACK, save the dump file names | tracking record |
| authentication agent | Get local e-mail address | trading partner agreement |
| authentication agent | Format an unexpected AUTACK error e-mail with following information: time stamp, interchange control number, trading partner name, tracking record ID, dump file names | authentication agent |

TABLE A-continued

Scripts

| Initiator | Action | Participant |
|---|---|---|
| authentication agent | Send the e-mail | sendmail |

FIGS. 14–41 illustrate the various screen displays, in a conventional WINDOWS type environment, that are capable of being preferably provided on the typical computer screens 116, 118 associated with the servers 112, 114 in carrying out the above method under control of the program which is based on the scripts of TABLE A. In this regard, FIG. 14 illustrates the overall screen display which is presented to the parties on the network who are eligible to participate in peer to peer, computer to computer, business EDI transactions through the INTERNET. As shown by way of example in FIG. 14, the user may be presented, by way of example, with the choice to select windows for TRADING PARTNER PROFILES, TRADING PARTNER AGREEMENTS, KEY MANAGEMENT, and TRACKING in the conventional WINDOWS environment which is preferably employed.

FIGS. 15–21 illustrate various computer screen displays which the user may be presented with after selecting the TRADING PARTNERS PROFILES window in the screen display of FIG. 14. FIG. 15 represents a scenario of three possible trading partners identified as CISCO, SEARS, and ME, where ME represents the user himself. FIG. 16 illustrates a possible dialog box for creating the trading partner profile directly on the computer screen 116, 118. Similarly, FIG. 17 illustrates a possible dialog box for creating contact information for the trading partner directly on the computer screen 116, 118. FIG. 18 illustrates a possible dialog box for creating EDI qualifier information directly on the computer screen 116, 118. FIG. 19 illustrates a possible dialog box for trading partner bound keys which are displayed and may be changed directly on the computer screen 116, 118, with two options for BIND and UNBIND being shown. FIG. 20 illustrates the computer screen display 116, 118 when the BIND KEYS option has been selected in the display of FIG. 19 in order to bind a particular key to a particular trading partner. FIG. 21 illustrates the computer screen display 116, 118 for KEY ADDENDUM for, by way of example, displaying a formatted certificate which may be bound to the trading partner along with the key.

FIGS. 22–28 illustrate various computer screen displays which the user may be presented with after selecting the TRADING PARTNER AGREEMENTS window in the screen display of FIG. 14. FIG. 22 represents a scenario of the same three trading partners as identified in FIG. 15. FIG. 23 illustrates a dialog box for creating, in the above example, a trading partner agreement between the user ME, which is the local ID, and SEARS, which is the remote ID, directly on the computer screen 116, 118. FIG. 24 illustrates a dialog box for creating the inbound routing instructions for the trading partner agreement directly on the computer screen 116, 118. Similarly, FIGS. 25–27 illustrate various dialog boxes for creating the outbound routing instructions for the trading partner agreement directly on the computer screen 116, 118. FIG. 28 illustrates a dialog box for selecting the outbound retransmission directly on the computer screen 116, 118.

FIGS. 29–33 illustrate various computer screen displays which the user may be presented with after selecting the

5,812,669

21

KEY MANAGEMENT window in the screen display of FIG. 14. FIG. 29 again represents a scenario of the same three trading partners as presented in FIG. 15. FIG. 30 illustrates a possible dialog box associated with the local key ID, FIG. 31 illustrates a possible dialog box associated with the remote key ID, FIG. 32 illustrates a possible dialog box associated with key details, and FIG. 33 illustrates a possible dialog box associated with export of the public key to another file.

FIGS. 34–41 illustrate various computer screen displays which the user may be presented with after selecting the TRACKING window in the screen display of FIG. 14. FIG. 34 illustrates a screen display on the computer screen 116, 118 in which two EDI messages have been sent, one between SEARS and CISCO, and one between ME and THEM, by way of example. FIG. 35 illustrates a possible display on the computer screen 116, 118 of the interchanges between the trading partners and shows the non-repudiation of receipt AUTACK, illustrating the AUTACK status on the computer screen 116, 118 in accordance with the present invention. FIG. 36 illustrates a possible display on the computer screen 116, 118 of the EDI data after the VIEW EDI DATA dialog box has been selected in the screen display of FIG. 35. FIGS. 37–38 illustrate possible screen displays on the computer screen 116, 118 for selecting tracking criteria. FIG. 39 illustrates a possible screen display on the computer screen 116, 118 of an audit log, with FIGS. 40–41 illustrating possible screen displays on the computer screen 116, 118 for selecting audit log selection criteria.

Referring now to FIG. 2, the preferred process of authentication and non-repudiation of origin in accordance with the presently preferred method of the present invention shall now be described. As shown and preferred in FIG. 2, block 200 represents a typical EDI interchange in accordance with the present invention. Block 202 represents the preferred action of the receiver server at the sender end with respect to this EDI interchange in accordance with the method of the present invention. As shown and preferred, the sender server preferably computes the MD5 for the entire EDI interchange, such as from ISA to the last character of IEA (termed MD5EDIINTERCHANGE). This value is then preferably inserted into a predetermined position in the AUTACK message, such as preferably the second element of segment USY in the AUTACK message. The sender server then preferably computes the MD5 of the AUTACK message, such as preferably from the first character of USH to the first character of UST. The sender server then preferably signs the AUTACK by encrypting the MD5 with the sender's private key. This computed value is then preferably inserted in a predetermined location in the AUTACK, such as preferably as the first element of segment USR in the AUTACK message. Block 204 represents a typical AUTACK message in accordance with the preferred method of the present invention after the sender server has taken the action illustrated in block 202. The AUTACK 204 is then preferably transmitted to the receiver server where the receiver action and verification illustrated in block 206 preferably takes place. If the EDI interchange is encrypted, then the receiver server preferably decrypts it and computes the MD5 of the received EDI interchange. Assuming that non-repudiation of origin is desired or requested, the receiver server then preferably, using the sender's public key, decrypts the contents of the first element of the USR segment in the AUTACK message 204, which is the location where the sender server has inserted the MD5 of the AUTACK. The value thus obtained by the decryption is the MD5 of the AUTACK message, in the above example, from the first

22

character of USH to the first character of UST. The receiver server then preferably computes the MD5 of the AUTACK message and compares the computed MD5 with the value of the MD5 obtained by decrypting the contents of the first element of the USR segment in the AUTACK message. If both values of MD5 are equal, then the receiver server knows that the integrity of the AUTACK is preserved and non-repudiation of origin is established. The receiver server then preferably compares the MD5 of the EDI interchange with the MD5 in the USY segment of the AUTACK message, which is the location where the sender server has inserted the MD5 of the EDI interchange, and, if the two MD5 values are equal, the receiver server knows that the integrity of the EDI interchange is preserved, authenticity is verified, and non-repudiation of origin is established.

Referring now to FIG. 3, the preferred process of non-repudiation of receipt in accordance with the presently preferred method of the present invention shall now be described. As shown and preferred in block 208, the action of the receiver server in verifying the integrity and authenticity of the EDI interchange received is preferably as described above with respect to block 206 of FIG. 2. Thereafter, the receiver server preferably creates a new AUTACK, such as the AUTACK message represented by block 210, and transmits the new AUTACK 210 to the sender server for verification by the original sender server, as represented by block 212. As shown and preferred in FIG. 3, in creating the new AUTACK, the reciver server preferably populates all segments and elements as appropriate, such as all segments and elements up to and inclusive of UST. The receiver server then preferably computes the MD5 of the new AUTACK, such as from USH to the first character of UST, and signs the computed MD5 with the receiver's private key. The receiver server then preferably inserts the digitally signed MD5 into a predetermined location in the new AUTACK, such as the first element of the USR segment. The receiver server then preferably populates the UNT and UNZ segments of the new AUTACK as appropriate and transmits the prepared new AUTACK to the original sender server. The original sender server then preferably verifies the digital signature of the received new AUTACK by decrypting it with the receiver's public key, with the value obtained by this decryption being the MD5 of the received new AUTACK. The original sender server then computes the MD5 of the received new AUTACK and compares it against the value of the MD5 obtained from the decryption process. If the two values of MD5 are the same, then the original sender server knows that the integrity of the new AUTACK is preserved and non-repudiation of origin of the new AUTACK is established. The original sender server also knows that if the MD5 contained in the USY segment of the received new AUTACK in the above example is equal to the MD5 of the EDI interchange previously transmitted and the acknowledgement is positive (such as preferably obtained by testing the security code in the new AUTACK message), then the EDI interchange in question is known to both sender and receiver because the MD5 of the EDI interchange and the interchange number are contained in the AUTACK message and have been duly recognized. In addition, the integrity and authenticity of the EDI interchange upon receipt has been verified and the receiver sender does not deny having received the EDI interchange in question.

Referring now to FIGS. 4–5, a process flow diagram of the presently preferred method of receiving and sending E-mail, respectively, in accordance with the presently preferred method of the present invention is shown. In this

5,812,669

| 23 | 24 |

regard, TEMPLAR, the controller for carrying out the opresently preferred method of the present invention, preferably sits between the conventional mailer and the user specified EDI flat-file on the sending and receiving systems, with the conventional SENDMAIL supplied with the UNIX X-WINDOWS OR MICROSOFT WINDOWS operating system being preferably used to send and receive mail, with the mail which is being sent and received preferably being MIME compliant, and with PKCS being preferably used to encrypt and decrypt MIME encoded body parts. Preferably, the MIME identifiers are not encrypted. As noted above, the EDIFACT AUTACK message is preferably used to deliver secure authentication, non-repudiation of origin and/or receipt, and acknowledgement or denial of acknowledgement for one or more X.12 or EDIFACT envelopes. Preferably, multiple EDI envelopes are viewed as one block of data in the system of the present invention. Preferably, if a received AUTACK message fails message integrity, an acknowledgement of receipt is not sent back to the original sender of the message, although, if desired, the system can be readily modified to accomplish this.

Referring now to FIGS. 6–9, these are process flow diagrams with respect to trading partner management, audit log management, tracking management, and job monitoring, respectively, in accordance with the presently preferred method of the present invention. These diagrams are self explanatory when considered in conjunction with the foregoing discussion and will not be described in any greater detail hereinafter.

FIG. 10 is a functional diagram of the organization of the presently preferred method of the present invention as represented by the script of TABLE A and the foregoing discussion and will not be described in any greater detail hereinafter.

Lastly, FIGS. 11A–13B comprise a process flow diagram of the presently preferred method of the present invention in accordance with the foregoing description, with FIGS. 11A and 11B illustrating various steps of verification of the integrity of the AUTACK, the EDI interchange, and the certificate, with NRO representing non-repudiation of origin and NRR representing non-repudiation of receipt. FIG. 12 illustrates the portion of the method devoted to TPA processing. FIGS. 13A and 13B illustrate the portion of the method of the present invention devoted to processing of the public and private keys, as well as TPA, in carrying out the method of the present invention as described above.

Thus, by utilizing the AUTACK message as a document for the digital signature which is signed based on a public/private key system, such as RSA, an efficient, highly secure mailer for EDI over an open network, such as the INTERNET, is provided in which trading partners may readily obtain secure verification and authentication and non-repudiation of both origin and receipt, all of which are important in fast moving electronic business transactions over a widely dispersed geographic area in which an open network is the most viable communication media.

What is claimed is:

1. In a public key/private key secure communication system for selectively interconnecting a plurality of computers over an open public network, said plurality of computers comprising a sender computer and a recipient computer, said sender and recipient computers exchanging secure digital messages there between, said sender computer having a first associated public key and a first associated private key, said recipient computer having a second associated public key and a second associated private key, said digital messages comprising an EDI interchange communication between said sender computer and said recipient computer, said EDI interchange communication having an associated EDI acknowledgment message; the improvement in said secure open network communication system comprising

means for computing a first hash for said EDI interchange communication from said sender computer;

means for inserting said first hash in a predetermined location in said associated EDI acknowledgment message;

means for computing a second hash of said associated EDI acknowledgment message;

means for digitally signing said associated EDI acknowledgment message, said message digitally signing means comprising means for encrypting said second hash with said sender computer's private key;

means for inserting said second hash in a predetermined location in said associated EDI acknowledgment message;

means for transmitting said EDI interchange communication along with said digitally signed associated EDI acknowledgment message to said recipient computer over said open public network; and

means associated with said recipient computer for receiving and processing said received EDI interchange communication and said digitally signed EDI acknowledgment message for providing authentication and non-repudiation of said EDI interchange communication from said sender computer, said means comprising means for decrypting said encrypted second hash with said sender computer's public key; whereby secure private EDI interchange communications can occur over said open public network while providing authentication and non-repudiation of said EDI communications.

2. An improved secure open network communication system in accordance with claim 1 wherein said means associated with said recipient computer further comprises means for computing a third hash of said received EDI acknowledgement message; and means for comparing said third hash with said decrypted second hash from said received EDI acknowledgement message, said comparing means comprising means for providing an indication of integrity of said EDI acknowledgement message and non-repudiation of origin when said decrypted second hash and said third hash match.

3. An improved secure open network communication system in accordance with claim 2 wherein said means associated with said recipient computer further comprises means for computing a fourth hash of said received EDI interchange communication; and means for comparing said fourth hash of said received EDI interchange communication with said first hash in said received EDI acknowledgement message, said comparing means comprising means for providing an indication of integrity and verification of authenticity of said EDI interchange communication and non-repudiation of origin when said first and fourth hash match.

4. An improved secure open network communication system in accordance with claim 3 wherein said means associated with said recipient computer further comprises means for creating a reply EDI acknowledgement message and transmitting said reply EDI acknowledgement message to said sender computer over said open public network, said reply EDI acknowledgement message creating means comprising means for computing a fifth hash of said reply EDI

5,812,669

25

acknowledgement message and for digitally signing said fifth hash by encrypting said fifth hash with said recipient computer's private key; and means for inserting said digitally signed fifth hash into a predetermined location in said transmitted reply EDI acknowledgement message.

5. An improved secure open network communication system in accordance with claim 4 further comprising means associated with said sender computer for receiving said transmitted reply EDI acknowledgement message, and for decrypting said encrypted fifth hash with said recipient computer's public key for verifying said digital signature of said reply EDI acknowledgement message; and means for computing a sixth hash of said received reply reply EDI acknowledgement message; and means for comparing said sixth hash against said decrypted fifth hash, said comparing means comprising means for providing an indication of integrity of said received reply EDI acknowledgement message and non-repudiation of origin of said reply EDI acknowledgement message; whereby non-repudiation of receipt of said EDI interchange communication is established by said sender computer.

6. An improved secure open network communication system in accordance with claim 5 wherein said means for creating said reply EDI acknowledgement message further comprises means for inserting said fourth hash in a predetermined location in said transmitted reply EDI acknowledgement message, and said means associated with said sender computer further comprises means for comparing said fourth hash in said received reply EDI acknowledgement message with said first hash, said comparing means providing an indication of integrity and authenticity of said EDI interchange when said first and fourth hash match.

7. An improved secure open network communication system in accordance with claim 6 wherein said EDI acknowledgement message comprises an AUTACK message.

8. An improved secure open network communication system in accordance with claim 7 wherein said reply EDI acknowledgement message comprises an AUTACK message.

9. An improved secure open network communication system in accordance with claim 8 wherein each of said hashes comprise an MD5.

10. An improved secure open network communication system in accordance with claim 9 wherein said public and private keys comprise an RSA type cryptographic communication system.

11. An improved secure open network communication system in accordance with claim 10 wherein said open public network comprises the Internet.

12. An improved secure open network communication system in accordance with claim 4 wherein said means for creating said reply EDI acknowledgement message further comprises means for inserting said fourth hash in a predetermined location in said transmitted reply EDI acknowledgement message, and said means associated with said sender computer further comprises means for comparing said fourth hash in said received reply EDI acknowledgement message with said first hash, said comparing means providing an indication of integrity and authenticity of said EDI interchange when said first and fourth hash match.

13. An improved secure open network communication system in accordance with claim 1 wherein said open public network comprises the Internet.

14. An improved secure open network communication system in accordance with claim 1 wherein said means associated with said recipient computer further comprises

26

means for creating a reply EDI acknowledgement message and transmitting said reply EDI acknowledgement message to said sender computer over said open public network, said reply EDI acknowledgement message creating means comprising means for computing a third hash of said reply EDI acknowledgement message and for digitally signing said third hash by encrypting said third hash with said recipient computer's private key; and means for inserting said digitally signed third hash into a predetermined location in said transmitted reply EDI acknowledgement message.

15. An improved secure open network communication system in accordance with claim 14 wherein said open public network comprises the Internet.

16. An improved secure open network communication system in accordance with claim 15 further comprising means associated with said sender computer for receiving said transmitted reply EDI acknowledgement message, and for decrypting said encrypted third hash with said recipient computer's public key for verifying said digital signature of said reply EDI acknowledgement message; and means for computing a fourth hash of said received reply reply EDI acknowledgement message; and means for comparing said fourth hash against said decrypted third hash, said comparing means comprising means for providing an indication of integrity of said received reply EDI acknowledgement message and non-repudiation of origin of said reply EDI acknowledgement message; whereby non-repudiation of receipt of said EDI interchange communication is established by said sender computer.

17. An improved secure open network communication system in accordance with claim 14 further comprising means associated with said sender computer for receiving said transmitted reply EDI acknowledgement message, and for decrypting said encrypted third hash with said recipient computer's public key for verifying said digital signature of said reply EDI acknowledgement message; and means for computing a fourth hash of said received reply reply EDI acknowledgement message; and means for comparing said fourth hash against said decrypted third hash, said comparing means comprising means for providing an indication of integrity of said received reply EDI acknowledgement message and non-repudiation of origin of said reply EDI acknowledgement message; whereby non-repudiation of receipt of said EDI interchange communication is established by said sender computer.

18. An improved secure open network communication system in accordance with claim 14 wherein said EDI acknowledgement message comprises an AUTACK message.

19. An improved secure open network communication system in accordance with claim 18 wherein said reply EDI acknowledgement message comprises an AUTACK message.

20. An improved secure open network communication system in accordance with claim 14 wherein said reply EDI acknowledgement message comprises an AUTACK message.

21. An improved secure open network communication system in accordance with claim 1 wherein said EDI acknowledgement message comprises an AUTACK message.

22. An improved secure open network communication system in accordance with claim 21 wherein said open public network comprises the Internet.

23. An improved secure open network communication system in accordance with claim 22 wherein each of said hashes comprise an MD5.

5,812,669

27

24. An improved secure open network communication system in accordance with claim 1 wherein each of said hashes comprise an MD5.

25. An improved secure open network communication system in accordance with claim 24 wherein said open public network comprises the Internet.

26. An improved secure open network communication system in accordance with claim 24 where said EDI acknowledgement message comprises an AUTACK message.

27. An improved secure open network communication system in accordance with claim 26 wherein said public and private keys comprise an RSA type cryptographic communication system.

28. An improved secure open network communication system in accordance with claim 27 wherein said open public network comprises the Internet.

29. An improved secure open network communication system in accordance with claim 1 wherein said public and private keys comprise an RSA type cryptographic communication system.

30. An improved secure open network communication system in accordance with claim 29 wherein said open public network comprises the Internet.

31. An improved secure open network communication system in accordance with claim 1 further comprising means for generating a trading partner agreement communication between said sender computer and said recipient computer, said sender computer and said recipient computer comprising trading partners, said trading partner agreement communication comprising said public keys in said EDI interchange communication for enabling said trading partners to provide certification to each other.

32. An improved secure open network communication system in accordance with claim 31 wherein said open public network comprises the Internet.

33. An improved secure open network communication system in accordance with claim 32 wherein said EDI acknowledgement message comprises an AUTACK message.

34. An improved secure open network communication system in accordance with claim 31 wherein said EDI acknowledgement message comprises an AUTACK message.

35. A method for selectively interconnecting a plurality of computers over an open public network for providing a computer exchange of private secure digital messages between a sender computer and a recipient computer in said plurality of computers, said sender computer having a first associated public key and a first associated private key, said recipient computer having a second associated public key and a second associated private key, said digital messages comprising an EDI interchange communication between said sender computer and said recipient computer, said EDI interchange communication having an associated EDI acknowledgment message, said method comprising the steps of digitally signing said associated EDI acknowledgement message with said sender computer's private key; transmitting said EDI interchange communication along with said digitally signed associated EDI acknowledgement message to said recipient computer over said open public network; and processing said received digitally signed EDI acknowledgement message for providing authentication and non-repudiation of said EDI interchange communication from said sender computer, said processing step comprising the step of processing said received digitally signed associated EDI acknowledgement message with said sender's public

28

key; whereby secure private EDI interchange communications can occur over an open public network while providing authentication and non-repudiation of said EDI communications using said associated EDI acknowledgement message.

36. A method for providing secure private communications over an open public network in accordance with claim 35 wherein said open public network comprises the Internet.

37. A method for providing secure private communications over an open public network in accordance with claim 36 further comprising the steps of creating a reply EDI acknowledgement message from said recipient computer; digitally signing said reply EDI acknowledgement message with said recipient computer's private key; transmitting said digitally signed reply EDI acknowledgement message to said sender computer over said open public network, said sender computer receiving said digitally signed reply EDI acknowledgement message; and processing said received digitally signed reply EDI acknowledgement message for providing non-repudiation of receipt of said EDI interchange communication by said sender computer, said processing step comprising the step of processing said received digitally signed reply EDI acknowledgement message with said recipient computer's public key; whereby non-repudiation of receipt of said EDI interchange communication is established by said sender computer.

38. A method for providing secure private communications over an open public network in accordance with claim 35 further comprising the steps of creating a reply EDI acknowledgement message from said recipient computer; digitally signing said reply EDI acknowledgement message with said recipient computer's private key; transmitting said digitally signed reply EDI acknowledgement message to said sender computer over said open public network, said sender computer receiving said digitally signed reply EDI acknowledgement message; and processing said received digitally signed reply EDI acknowledgement message for providing non-repudiation of receipt of said EDI interchange communication by said sender computer, said processing step comprising the step of processing said received digitally signed reply EDI acknowledgement message with said recipient computer's public key; whereby non-repudiation of receipt of said EDI interchange communication is established by said sender computer.

39. A method for providing secure private communications over an open public network in accordance with claim 38 wherein said processing step further comprises the step of providing non-repudiation of origin at said recipient computer from said received EDI acknowledgement message.

40. A method for providing secure private communications over an open public network in accordance with claim 39 wherein said open public network comprises the Internet.

41. A method for providing secure private communications over an open public network in accordance with claim 38 wherein said reply EDI acknowledgement message comprises an AUTACK message.

42. A method for providing secure private communications over an open public network in accordance with claim 41 wherein said EDI acknowledgement message comprises an AUTACK message.

43. A method for providing secure private communications over an open public network in accordance with claim 35 wherein said processing step further comprises the step of providing non-repudiation of origin at said recipient computer from said received EDI acknowledgement message.

44. A method for providing secure private communications over an open public network in accordance with claim

5,812,669

<div style="display:flex">
<div>

29

35 wherein said EDI acknowledgement message comprises an AUTACK message.

**45.** A method for providing secure private communications over an open public network in accordance with claim 35 wherein said public and private keys comprise an RSA type cryptographic communication system.

**46.** A method for providing secure private communications over an open public network in accordance with claim 45 wherein said open public network comprises the Internet.

**47.** A method for providing secure private communications over an open public network in accordance with claim 45 wherein said EDI acknowledgement message comprises an AUTACK message.

**48.** A method for providing secure private communications over an open public network in accordance with claim 47 further comprising the steps of creating a reply EDI acknowledgement message from said recipient computer; digitally signing said reply EDI acknowledgement message with said recipient computer's private key; transmitting said digitally signed reply EDI acknowledgement message to

</div>
<div>

30

said sender computer over said open public network, said sender computer receiving said digitally signed reply EDI acknowledgement message; and processing said received digitally signed reply EDI acknowledgement message for providing non-repudiation of receipt of said EDI interchange communication by said sender computer, said processing step comprising the step of processing said received digitally signed reply EDI acknowledgement message with said recipient computer's public key; whereby non-repudiation of receipt of said EDI interchange communication is established by said sender computer.

**49.** A method for providing secure private communications over an open public network in accordance with claim 48 wherein said reply EDI acknowledgement message comprises an an AUTACK message.

**50.** A method for providing secure private communications over an open public network in accordance with claim 49 wherein said open public network comprises the Internet.

\* \* \* \* \*

</div>
</div>

EXHIBIT B

**BAKER BOTTS** LLP

2001 ROSS AVENUE          AUSTIN
DALLAS, TEXAS             BAKU
75201-2980                DALLAS
214 953 6500              HOUSTON
FAX 214 953 6503          LONDON
                          MOSCOW
                          NEW YORK
                          RIYADH
                          WASHINGTON

June 12, 2006

Jay B. Johnson
214 953.6431
FAX 214 661 4431
jay johnson@bakerbotts com

VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED

Mr. Roger Heaverin
Morgan Foods
90 West Morgan Street
Austin, Indiana 47102

Re:    U.S. Patent No. 5,812,669

Dear Mr. Heaverin:

We represent Classified Information, Inc. in various intellectual property matters. Among its intellectual property, Classified owns U.S. Patent No. 5,812,669 (the "'669 Patent") directed to techniques for providing secure electronic data interchange over an open network such as the Internet. A copy of the '669 Patent is enclosed.

Based on our review of Morgan Foods's activities, we believe that Morgan Foods is infringing the '669 Patent. We believe that the infringing activities include, without limitation, Morgan Foods use of EDIINT AS2 with the Inovis BizManager product. For example, consider Claim 35 of the '669 Patent, which covers aspects of secure EDI communications taking place over open networks.

Our preference is to resolve this matter through negotiation. We propose a meeting to discuss potential licensing of the '669 Patent. Please provide me, within two weeks, the contact information for the person with whom we can further discuss this matter.

Sincerely,

BAKER BOTTS L.L.P.

Jay B. Johnson

JBJ/KMP/eag
Enclosure

DAL01:905915 1

EXHIBIT C

## ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, Classified Information, Inc., a Delaware corporation, with an office at 3308 Stonebrook Drive, Richardson, TX 75082, (*"Assignor"*), does hereby sell, assign, transfer, and convey unto Distance Digital Co., L.L.C., a Delaware limited liability company, with an address at 2711 Centerville Rd, Ste 400, Wilmington, DE 19808 (*"Assignee"*), or its designees, all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the *"Patent Rights"*):

(a)     the provisional patent applications, patent applications and patents listed in the table below (the *"Patents"*);

(b)     all patents and patent applications (i) to which any of the Patents directly or indirectly claims priority, (ii) for which any of the Patents directly or indirectly forms a basis for priority, and/or (iii) that were co-owned applications that directly or indirectly incorporate by reference the Patents;

(c)     all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisions, registrations of any item in any of the foregoing categories (a) and (b);

(d)     all foreign patents, patent applications, and counterparts relating to any item in any of the foregoing categories (a) through (c), including, without limitation, certificates of invention, utility models, industrial design protection, design patent protection, and other governmental grants or issuances;

(e)     all items in any of the foregoing in categories (b) through (d), whether or not expressly listed as Patents below and whether or not claims in any of the foregoing have been rejected, withdrawn, cancelled, or the like;

(f)     all inventions, invention disclosures, and discoveries described in any item in any of the foregoing categories (a) through (e) and all other rights arising out of such inventions, invention disclosures, and discoveries;

(g)     all rights to apply in any or all countries of the world for patents, certificates of invention, utility models, industrial design protections, design patent protections, or other governmental grants or issuances of any type related to any item in any of the foregoing categories (a) through (f), including, without limitation, under the Paris Convention for the Protection of Industrial Property, the International Patent Cooperation Treaty, or any other convention, treaty, agreement, or understanding;

(h)     all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and other enforcement rights under, or on account of, any of the Patents and/or any item in any of the foregoing categories (b) through (g), including, without limitation, all causes of action and other enforcement rights for

(i)   damages,
(ii)  injunctive relief, and
(iii) any other remedies of any kind

for past, current, and future infringement; and

(i)       all rights to collect royalties and other payments under or on account of any of the
Patents and/or any item in any of the foregoing categories (b) through (h).

| Patent or Application No. | Country | Filing Date | Title of Patent and First Named Inventor |
|---|---|---|---|
| 5,812,669 | US | 7/19/1995 | Method and system for providing secure EDI over an open network<br><br>Lew Jenkins |

Assignor represents, warrants and covenants that:

(1)      Assignor has the full power and authority, and has obtained all third party consents,
approvals and/or other authorizations required to enter into this Agreement and to carry out its
obligations hereunder, including the assignment of the Patent Rights to Assignee; and

(2)      Assignor owns, and by this document assigns to Assignee, all right, title, and interest
to the Patent Rights, including, without limitation, all right, title, and interest to sue for infringement
of the Patent Rights. Assignor has obtained and properly recorded previously recorded assignments
for the Patent Rights as necessary to fully perfect its rights and title therein in accordance with
governing law and regulations in each respective jurisdiction. The Patent Rights are free and clear of
all liens, claims, mortgages, security interests or other encumbrances, and restrictions. There are no
actions, suits, investigations, claims or proceedings threatened, pending or in progress relating in any
way to the Patent Rights. There are no existing contracts, agreements, options, commitments,
proposals, bids, offers, or rights with, to, or in any person to acquire any of the Patent Rights.

Assignor hereby authorizes the respective patent office or governmental agency in each
jurisdiction to issue any and all patents, certificates of invention, utility models or other governmental
grants or issuances that may be granted upon any of the Patent Rights in the name of Assignee, as the
assignee to the entire interest therein.

Assignor will, at the reasonable request of Assignee and without demanding any further
consideration therefore, do all things necessary, proper, or advisable, including without limitation, the
execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other
documents on a country-by-country basis, to assist Assignee in obtaining, perfecting, sustaining,
and/or enforcing the Patent Rights. Such assistance will include providing, and obtaining from the
respective inventors, prompt production of pertinent facts and documents, giving of testimony,
execution of petitions, oaths, powers of attorney, specifications, declarations or other papers, and
other assistance reasonably necessary for filing patent applications, complying with any duty of
disclosure, and conducting prosecution, reexamination, reissue, interference or other priority
proceedings, opposition proceedings, cancellation proceedings, public use proceedings, infringement
or other court actions and the like with respect to the Patent Rights.

The terms and conditions of this Assignment of Patent Rights will inure to the benefit of
Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor,
its successors, assigns, and other legal representatives.

IN WITNESS WHEREOF this Assignment of Patent Rights is executed at ___5.00 pm___ on
___July 12, 2007___.

ASSIGNOR:

CHRISTIAN PUTNAM

By: _Christian Putnam_
Name: _Christian Putnam_

*(Signature MUST be notarized)*

STATE OF _Texas_            )
                           ) ss.
COUNTY OF _Dallas_          )

On _July 12_, before me, _Philip Harrison_, Notary Public in and for said State, personally appeared _Christian Putnam_, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____            (Seal)

PHILIP L. HARRISON
My Commission Expires
March 12, 2011