IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INOVIS USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-459-GMS |
| | ) | |
| CLASSIFIED INFORMATION, INC. and | ) | |
| DISTANCE DIGITAL CO., LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**SECOND STIPULATED ORDER EXTENDING DEADLINE**

WHEREAS, by Stipulated Order dated August 9, 2007, the Court granted defendant Classified Information, Inc. ("Classified") a three-week extension of its deadline to respond to the complaint in the above action;

WHEREAS, on August 22, 2007, Classified offered plaintiff Inovis USA, Inc. ("Inovis") a covenant not to sue on the patent in suit, and on the afternoon of August 31, 2007, Inovis notified Classified that it does not believe the terms of the proposed covenant not to sue are acceptable;

WHEREAS, Classified's response to the complaint is now due on Tuesday September 4, 2007, the day after the Federal Labor Day holiday, and Classified would appreciate a few extra days to prepare its response to the complaint; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that Classified shall have an additional three-day extension (until Friday September 7, 2007) to answer, move, or otherwise respond to the complaint in the above action.

| MORRIS NICHOLS ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *John G. Day* |
| Jack B. Blumenfeld (I.D. #1014)<br>Julia Heaney (I.D. #3052)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302-658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br><br>*Attorneys for Plaintiff* | Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Attorneys for Defendant Classified Information, Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
Chief Judge

183046.1