IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-459 (GMS) |
| ) | |
| CLASSIFIED INFORMATION, INC. and ) | |
| DISTANCE DIGITAL CO., LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER

WHEREAS, on August 10, 2007, this Court entered an order extending the time for defendant Distance Digital Co., LLC ("Distance Digital") to answer the original Complaint until September 4, 2007 (D.I. 11);

WHEREAS, on August 17, 2007, Plaintiff filed and served its First Amended Complaint (D.I. 12);

WHEREAS, pursuant to F.R.C.P. 15(a), Distance Digital's answer to the First Amended Complaint remains due on September 4, 2007;

WHEREFORE, Distant Digital respectfully requests a short period of additional time to consider how they will respond to the First Amended Complaint in the above action, and to consult with their counsel as to their proposed course of action; and

WHEREAS, there has been one prior request to extend this deadline as set forth above; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the time within which Defendant, Distance Digital Co., LLC shall answer, move or otherwise respond to Plaintiffs' First Amended Complaint is extended up to and including September 7, 2007.

| | |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Arthur G. Connolly, III |
| Jack B. Blumenfeld (#1014) | Arthur G. Connolly, III (#2667) |
| Julia Heaney (#3052) | CONNOLLY BOVE LODGE & HUTZ LLP |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | 1007 N. Orange Street |
| 1201 North Market Street | P.O. Box 2207 |
| P.O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9141 |
| (302) 658-9200 | Email: AConnollyIII@cblh.com |
| Email: jblumenfeld@mnat.com | |
| Email: jheaney@mnat.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Inovis USA, Inc.* | *Distance Digital Co., LLC* |

DATED: August 31, 2007

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge