IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-459 (GMS) |
| ) | |
| DISTANCE DIGITAL CO., LLC and ) | |
| CLASSIFIED INFORMATION, INC., ) | |
| ) | |
| Defendant. | |

**STIPULATED ORDER**

WHEREAS, plaintiff Inovis, Inc. ("Inovis") respectfully requests an additional week to respond to the motion to dismiss (D.I. 15) filed by defendant Classified Information, Inc. ("Classified") because Inovis and Classified are in the process of resolving their dispute; and

WHEREAS, there have been no prior requests to extend this deadline;

IT IS HEREBY STIPULATED, subject to the approval of the Court, that plaintiff shall have until Monday, October 1, 2007, to file its answering brief in response to defendant Classified Information Inc.'s motion to dismiss the above action.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| */s/ Julia Heaney* | */s/ Tiffany Geyer Lydon* |
| Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jheaney@mnat.com<br>   *Attorneys for Plaintiff Inovis, Inc.* | Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>D(302) 654-1888<br>sbalick@ashby-geddes.com<br>   *Attorneys for Defendant Classified Information, Inc.* |

September 21, 2007

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Chief Judge

1239170