IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-459 (GMS) |
| ) | |
| DISTANCE DIGITAL CO., LLC and ) | |
| CLASSIFIED INFORMATION, INC., ) | |
| ) | |
| Defendant. | |

**STIPULATED ORDER**

WHEREAS, plaintiff Inovis, Inc. ("Inovis") respectfully requests an additional week to respond to the motion to dismiss (D.I. 15) filed by defendant Classified Information, Inc. ("Classified") because the parties have been engaged in discussions aimed at resolving their dispute and plaintiff would appreciate an additonal week extension of its deadline to respond to Classified's motion to dismiss; and

WHEREAS, there has been one prior request for a one week extension of this deadline;

IT IS HEREBY STIPULATED, subject to the approval of the Court, that plaintiff shall have until October 8, 2007, to file its answering brief in response to defendant Classified Information Inc.'s motion to dismiss the above action.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Julia Heaney (#3052)* | */s/ John G. Day (#2403)* |
| Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jheaney@mnat.com<br>  *Attorneys for Plaintiff Inovis, Inc.* | Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>  *Attorneys for Defendant Classified Information, Inc.* |

September 28, 2007

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Chief Judge

1239170