IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INOVIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-459 (GMS) |
| | ) | |
| DISTANCE DIGITAL CO., LLC and | ) | |
| CLASSIFIED INFORMATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of (1) *Inovis' First Request for the Production of Documents and Things to Classified Information Relating to Classified's Motion to Dismiss for Lack of Subject Matter Jurisdiction* and (2) *Inovis' First Request for the Production of Documents and Things to Distance Digital Relating to Classified's Motion to Dismiss for Lack of Subject Matter Jurisdiction* were caused to be served on November 1, 2007 upon the counsel of record as indicated below:

### BY HAND DELIVERY AND ELECTRONIC MAIL

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

Arthur G. Connolly, III
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                */s/ Julia Heaney*

                                                _____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jheaney@mnat.com
   *Attorneys for Plaintiff Inovis, Inc.*

OF COUNSEL:

David J. Wolfsohn
Lynn B. Morreale
Jordan L. Jonas
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

November 1, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 1, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Steven J. Balick
>John G. Day
>Tiffany Geyer Lydon
>ASHBY & GEDDES
>
>Arthur G. Connolly, III
>CONNOLLY BOVE LODGE & HUTZ LLP

and that copies were caused to be served upon the following individuals in the manner indicated:

### BY HAND DELIVERY AND ELECTRONIC MAIL

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

Arthur G. Connolly, III
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

/s/ Julia Heaney
_____
Julia Heaney (#3052)
jheaney@mnat.com