IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INOVIS USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-459-GMS |
| | ) | |
| CLASSIFIED INFORMATION, INC. and | ) | |
| DISTANCE DIGITAL CO., LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 6th day of November, 2007, **DEFENDANT CLASSIFIED INFORMATION, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF INOVIS USA, INC.** were served upon the following counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                            HAND DELIVERY
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

David J. Wolfsohn, Esquire                                            VIA ELECTRONIC MAIL
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA  19104

Arthur G. Connolly, III, Esquire                                       HAND DELIVERY
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

Susan Fahringer, Esquire  VIA ELECTRONIC MAIL
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Suite 4800
Seattle, WA  98101-3099

                    ASHBY & GEDDES

                    */s/ Tiffany Geyer Lydon*

                    _____
                    Steven J. Balick (I.D.#2114)
                    John G. Day (I.D. #2403)
                    Tiffany Geyer Lydon (I.D. #3950)
                    500 Delaware Avenue, 8th Floor
                    P.O. Box 1150
                    Wilmington, DE 19899
                    (302) 654-1888

                    *Attorneys for Classified Information, Inc.*

Dated: November 6, 2007
183076.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Julia Heaney, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| David J. Wolfsohn, Esquire<br>Woodcock Washburn LLP<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA  19104 | VIA ELECTRONIC MAIL |
| Arthur G. Connolly, III, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |
| Susan Fahringer, Esquire<br>Perkins Coie LLP<br>1201 Third Avenue, 40th Floor<br>Suite 4800<br>Seattle, WA  98101-3099 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon