IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-459 (GMS) |
| | ) |
| DISTANCE DIGITAL CO., LLC and | ) |
| CLASSIFIED INFORMATION, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Plaintiff Inovis' Initial Disclosures* were caused to be served on November 16, 2007 upon the counsel of record as indicated below:

### BY U.S. MAIL AND ELECTRONIC MAIL

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Arthur G. Connolly, III
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney

---

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
   *Attorneys for Plaintiff Inovis, Inc.*

OF COUNSEL:

David J. Wolfsohn
Lynn B. Morreale
Jordan L. Jonas
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

November 16, 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Steven J. Balick
>John G. Day
>Tiffany Geyer Lydon
>ASHBY & GEDDES
>
>Arthur G. Connolly, III
>CONNOLLY BOVE LODGE & HUTZ LLP

and that copies were caused to be served upon the following individuals in the manner indicated:

**BY ELECTRONIC MAIL**

| | |
|---|---|
| Steven J. Balick | Arthur G. Connolly, III |
| John G. Day | CONNOLLY BOVE LODGE & HUTZ LLP |
| Tiffany Geyer Lydon | 1007 N. Orange Street |
| ASHBY & GEDDES | P.O. Box 2207 |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE 19899 |
| P.O. Box 1150 | |
| Wilmington, DE 19899 | |

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com