IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INOVIS USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-459-GMS |
| | ) | |
| CLASSIFIED INFORMATION, INC. and | ) | |
| DISTANCE DIGITAL CO., LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 16th day of November, 2007, **DEFENDANT CLASSIFIED INFORMATION, INC.'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV.P. 26(A)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Julia Heaney, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| David J. Wolfsohn, Esquire<br>Woodcock Washburn LLP<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA  19104 | VIA ELECTRONIC MAIL |
| Arthur G. Connolly, III, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | HAND DELIVERY |

Susan Fahringer, Esquire  
Perkins Coie LLP  
1201 Third Avenue, 40th Floor  
Suite 4800  
Seattle, WA  98101-3099

<u>VIA ELECTRONIC MAIL</u>

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. #2114)  
John G. Day (I.D. #2403)  
Tiffany Geyer Lydon (I.D. #3950)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
(302) 654-1888

*Attorneys for Classified Information, Inc.*

Dated:  November 16, 2007  
183076.1