IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INOVIS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-459 (GMS) |
| | ) | |
| DISTANCE DIGITAL CO., LLC and | ) | |
| CLASSIFIED INFORMATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**INOVIS' NOTICE OF RULE 30(b)(6) DEPOSITION OF
CLASSIFIED INFORMATION RELATING TO CLASSIFIED'S
MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

PLEASE TAKE NOTE THAT pursuant to Rule 30(b)(6) of the Federal Rules of

Civil Procedure and the Court's Scheduling Conference of October 29, 2007, plaintiff, Inovis

USA, Inc. ("Inovis"), will take the deposition upon oral examination of defendant Classified

Information, Inc. ("Classified"), commencing at 9:30 AM on December 7, 2007, at the offices of

Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware or at

such other location and time as may be mutually agreed, before a Notary Public of fully

authorized officer authorized to administer oaths.

Pursuant to Fed. R. Civ. P. 30(b)(6), Inovis requests that Classified produce one

or more officer(s), directors(s), managing agent(s), or other persons who are designated and

consent to testify on its behalf as to each of the subject matters set forth in Schedule A, attached

hereto.  Pursuant to said rule, Classified is requested to prepare said designee(s) to testify as to

matters known by, or reasonably available to, Classified falling within each of the stated subject

matters.  The deposition will proceed in accordance with the Federal Rules of Civil Procedure

and will continue until completed unless otherwise agreed.

Classified is requested to identify in writing to Inovis, on or before December 3, 2007, the person(s) who will testify on its behalf and the matters on which each such person will testify.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jheaney@mnat.com
   *Attorneys for Plaintiff Inovis, Inc.*

OF COUNSEL:

David J. Wolfsohn
Lynn B. Morreale
Jordan L. Jonas
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

November 29, 2007

1323913

## Schedule A

### Definitions

1.      The definitions in Inovis' First Request to Classified Information for the Production of Documents and Things Relating to Classified's Motion to Dismiss for Lack of Subject Matter Jurisdiction is hereby incorporated by reference.

2.      The terms "Classified," "CI," "defendant," "you," and "your" refer to Defendant Classified Information, Inc., ("Classified"), a Delaware corporation, and its shareholders, authorized persons, employees, attorneys, agents, managing agents, divisions, business units, officers, and directors as well as Classified's predecessors and successors in interest and their members, shareholders, partners, subsidiaries, divisions, business units, officers, directors, agents, managing agents, attorneys, and employees.

3.      The terms "Distance Digital" and "DD" refer to Defendant Distance Digital Co., LLC, and its members, authorized persons, employees, attorneys, agents, managing agents, divisions, business units, officers, and directors, as well as its predecessors and successors in interest and their members, shareholders, partners, subsidiaries, divisions, business units, officers, directors, agents, managing agents, attorneys, and employees.

4.      The term "Inovis" refers to Inovis, Inc. and Inovis USA, Inc.

5.      "669 patent" refers to U.S. Patent No. 5,812,669.

### Rule 30(b)(6) Deposition Categories

1.      The identity of all present officers, employees, directors, and shareholders of Classified.

2.      Mr. Christian Putnam's position(s), role, and authority at Classified.

3.    The control and ownership of Classified and Classified's assets since July 1, 2007.

4.    The ownership of the 669 patent, including, but not limited to, any assignment, transfer in ownership, security agreement, license, contract limiting ownership rights, or other agreements relating to rights in the 669 patent.

5.    The purported "Assignment of Patent Rights" between Classified and Distance Digital and "Patent Purchase Agreement" between Classified and Distance Digital.

6.    Communications between Classified and Distance Digital relating to the 669 patent or Inovis.

7.    Any acquisition of the 669, including, but not limited to, any acquisition of the 669 patent by way of acquisition of Classified or any assets of or stock in Classified.

8.    Any attempts to license or enforce the 669 patent.

9.    Communications with customers of Inovis.

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 29, 2007, I electronically

filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of

such filing to the following:

> Steven J. Balick
> John G. Day
> Tiffany Geyer Lydon
> ASHBY & GEDDES
>
> Arthur G. Connolly, III
> CONNOLLY BOVE LODGE & HUTZ LLP

and that copies were caused to be served upon the following individuals in the manner indicated:

**BY ELECTRONIC MAIL**

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

Arthur G. Connolly, III
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com