IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-459 (GMS) |
| ) | |
| DISTANCE DIGITAL CO., LLC and ) | |
| CLASSIFIED INFORMATION, INC., ) | |
| ) | |
| Defendants. ) | |

### INOVIS' NOTICE OF DEPOSITION OF CHRISTAN PUTNAM RELATING TO CLASSIFIED'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

PLEASE TAKE NOTE THAT pursuant to Rule 30 of the Federal Rules of Civil Procedure and the Court's Scheduling Conference of October 29, 2007, plaintiff, Inovis USA, Inc. ("Inovis"), will take the deposition upon oral examination of Mr. Christian Putnam, President of Classified Information, Inc. ("Classified"), relating to Classified's Motion to Dismiss for Lack of Subject Matter Jurisdiction, commencing at 12 noon on December 7, 2007, at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware or at such other location and time as may be mutually agreed, before a Notary Public of fully authorized officer authorized to administer oaths.

OF COUNSEL:

David J. Wolfsohn
Lynn B. Morreale
Jordan L. Jonas
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

November 29, 2007
1323916

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff Inovis, Inc.*

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 29, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Steven J. Balick
> John G. Day
> Tiffany Geyer Lydon
> ASHBY & GEDDES
>
> Arthur G. Connolly, III
> CONNOLLY BOVE LODGE & HUTZ LLP

and that copies were caused to be served upon the following individuals in the manner indicated:

**BY ELECTRONIC MAIL**

| | |
|---|---|
| Steven J. Balick | Arthur G. Connolly, III |
| John G. Day | CONNOLLY BOVE LODGE & HUTZ LLP |
| Tiffany Geyer Lydon | 1007 N. Orange Street |
| ASHBY & GEDDES | P.O. Box 2207 |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE  19899 |
| P.O. Box 1150 | |
| Wilmington, DE  19899 | |

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com