IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>CLASSIFIED INFORMATION, INC. and<br>DISTANCE DIGITAL CO., LLC,<br><br>　　　　Defendants. | Case No. 07-459 (GMS)<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendant Distance Digital Co., LLC's ("Distance Digital") Responses to Plaintiff's First Request for Production of Documents were served on December 3, 2007 on the following counsel of record in the manner indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**
David J. Wolfsohn, Esq.
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104

Dated: December 4, 2007                                  CONNOLLY BOVE LODGE & HUTZ LLP

                                                         /s/ Arthur G. Connolly, III
                                                         Arthur G. Connolly, III (No. 2667)
                                                         The Nemours Building
                                                         1007 North Orange Street
                                                         P. O. Box 2207
                                                         Wilmington, DE  19899-2201
                                                         (302) 658-9141
                                                         Email: AConnollyIII@cblh.com

Of Counsel:
Susan Fahringer, Bar No. 21567
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Tel: 206.359.8000
Fax: 206.359.9000

Attorneys for Defendant
Distance Digital Co., LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2007, the foregoing document was served on the following counsel of record in the manner indicated below:

**Via CM/ECF**
Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**Via Electronic Mail**
David J. Wolfsohn, Esq.
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104


/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)


#562970_1