IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA, INC.<br><br>     Plaintiff,<br><br>v.<br><br>CLASSIFIED INFORMATION, INC. and<br>DISTANCE DIGITAL CO., LLC,<br><br>     Defendants. | Case No. 07-459 (GMS) |

### NOTICE OF SERVICE

The undersigned attorney, for the defendants, hereby certifies that on December 18, 2007, he caused to be served on the following counsel of record two copies of Defendant Distance Digital Co., L.L.C's ("Distance Digital") Supplemental Responses to Plaintiff's First Request for Production of Documents ("Supplemental Responses") in the manner indicated below:

**Via Hand Delivery**
Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

Steven J. Balick, Esq.
John G. Day, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: December 18, 2007

By: /s/ Arthur G. Connolly, III
Arthur G. Connolly, III(#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: AConnollyIII@cblh.com

Of Counsel:
Susan Fahringer, Bar No. 21567
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Tel: 206.359.8000
Fax: 206.359.9000

Attorneys for Defendant
Distance Digital Co., LLC