IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-459 (GMS) |
| | ) |
| DISTANCE DIGITAL CO., LLC and | ) |
| CLASSIFIED INFORMATION, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by the parties pursuant to Fed. R. Civ. P. 41(a)(1) that the Complaint in this action is dismissed with prejudice as against defendant Distance Digital Co., LLC ("Distance Digital"). Plaintiff and Distance Digital shall each bear their own costs, expenses and attorneys fees and waive all rights of appeal from this stipulation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff Inovis, Inc.*

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Arthur G. Connolly, III*

Arthur G. Connolly, III
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
aconnollyIII@cblh.com
  *Attorneys for Distance Digital Co., LLC*

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
  *Attorneys for Classified Information, Inc.*

December 26, 2007