IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-459-GMS |
| ) | |
| CLASSIFIED INFORMATION, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

PLEASE TAKE NOTICE that defendant Classified Information, Inc. hereby withdraws its motion to dismiss the First Amended Complaint in this matter (D.I. 15), filed on September 7, 2007.

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant
Classified Information, Inc.*

Dated: January 28, 2008
187689.1