IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-459-GMS |
| ) | |
| CLASSIFIED INFORMATION, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael A. Lee, Vineet Bhatia, and Stephen F. Schlather to represent defendant Classified Information, Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $75.00 is being submitted to cover the annual fees for the attorneys listed above.

ASHBY & GEDDES

/s/ *John G. Day*

───────────────────────────
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
*Attorneys for Defendant Classified Information, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: ─────────────      ───────────────────────────
                                                   Chief Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing and in good standing as a member of the Bar of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Michael A. Lee
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
(713) 651-9366

Date: January 24, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing and in good standing as a member of the Bar of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *Vineet Bhatia*
Vineet Bhatia
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
(713) 651-9366

Date: January 24, 2008

813085v1/010387

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing and in good standing as a member of the Bar of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: /Stephen F. Schlather
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
(713) 651-9366

Date: January 29, 2008

813085v1/010387