IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-459 (GMS) |
| ) | |
| DISTANCE DIGITAL CO., LLC and ) | |
| CLASSIFIED INFORMATION, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of (1) *Plaintiff Inovis USA, Inc.'s Second Set of Requests for Production of Documents and Things to Classified Information, Inc.* and (2) *Plaintiff Inovis USA, Inc.'s First Set of Interrogatories to Classified Information, Inc.* were caused to be served on February 22, 2008 upon the counsel of record as indicated below:

**BY HAND DELIVERY**

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY ELECTRONIC MAIL**

Michael A. Lee
Vineet Bhatia
Stephen F. Schlather
SUSMAN GODFREY LLP
1000 Louisiana, Suit 5100
Houston, Texas 77002-5096

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jheaney@mnat.com
   *Attorneys for Plaintiff Inovis, Inc.*

OF COUNSEL:

David J. Wolfsohn
Lynn B. Morreale
Jordan L. Jonas
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

February 22, 2008

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 22, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Steven J. Balick
> John G. Day
> Tiffany Geyer Lydon
> ASHBY & GEDDES

and that copies were caused to be served upon the following individuals in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY ELECTRONIC MAIL**

Michael A. Lee
Vineet Bhatia
Stephen F. Schlather
SUSMAN GODFREY LLP
1000 Louisiana, Suit 5100
Houston, Texas  77002-5096

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com