IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-459 (GMS) |
| | ) |
| DISTANCE DIGITAL CO., LLC and | ) |
| CLASSIFIED INFORMATION, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF INOVIS' MOTION TO DISMISS DEFENDANT CLASSIFIED'S
COUNTERCLAIM FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiff, Inovis USA, Inc. ("Inovis"), hereby moves the Court to dismiss in its entirety defendant Classified Information, Inc.'s ("Classified") Counterclaim. Grounds in support of the Motion are set forth in plaintiff's Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
   *Attorneys for Plaintiff Inovis, Inc.*

OF COUNSEL:

David J. Wolfsohn
Lynn B. Morreale
Jordan L. Jonas
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

March 10, 2008
1856188

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-459 (GMS) |
| | ) |
| DISTANCE DIGITAL CO., LLC and | ) |
| CLASSIFIED INFORMATION, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiff-Counterdefendant Inovis USA, Inc.'s Motion to Dismiss, filed March 10, 2008, and Defendant-Counterclaimant Classified Information, Inc.'s response thereto, IT IS HEREBY ORDERED that the motion is granted. Defendant-Counterclaimant's Counterclaim is dismissed in its entirety.

_____
United States District Court Judge