# SEALED DOCUMENT

Case 1:07-cv-00459-GMS   Document 52   Filed 03/10/2008   Page 1 of 1