**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| INOVIS USA INC., | ) |
| | ) |
| Plaintiff / Counterclaim-Defendant | ) |
| | ) |
| v. | )    Case No. 1:07-CV-459 GMS |
| | ) |
| CLASSIFIED INFORMATION, INC., | ) |
| | ) |
| Defendant / Counterclaim-Plaintiff | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

TO THE CLERK:

      Kindly withdraw our appearance on behalf of Classified Information, Inc.,

Defendant / Counterclaim-Plaintiff in the above matter.


           /s/ John G. Day
           John G. Day (DE No. 2403)
           Tiffany Geyer Lydon (DE No. 3950)
           Ashby & Geddes
           500 Delaware Avenue, 8th Floor
           P.O. Box 1150
           Wilmington, DE  19899
           302.654.1888

-2-

TO THE CLERK:

   Kindly enter my appearance on behalf of Classified Information, Inc., Defendant /

Counterclaim-Plaintiff in the above matter.


             /s/ M. Duncan Grant
             M. Duncan Grant (DE No. 2994)
             Pepper Hamilton LLP
             1313 N. Market Street, Suite 5100
             P.O. Box 1709
             Wilmington, DE  19899-1709
             302.777.6500


DATED:  March 21, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2008, I filed the foregoing Notice of

Substitution of Counsel via Lexis / Nexis File & Serve, which will send electronic notification of

such filing to:

> Jack B. Blumenfeld, Esq.
> Julia Heaney, Esq.
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899

/s/ M. Duncan Grant
M. Duncan Grant (DE No. 2994)