## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INOVIS USA INC., | ) | |
| | ) | |
| Plaintiff / Counterclaim-Defendant | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-459 GMS |
| | ) | |
| CLASSIFIED INFORMATION, INC., | ) | |
| | ) | |
| Defendant / Counterclaim-Plaintiff | ) | |

### NOTICE OF SERVICE OF CLASSIFIED INFORMATION'S ANSWERS TO INOVIS' FIRST SET OF INTERROGATORIES AND RESPONSES TO INOVIS' SECOND SET OF REQUESTS FOR PRODUCTION

I hereby certify that true and correct copies of Classified Information, Inc.'s

Answers to Plaintiff Inovis USA, Inc.'s First Set of Interrogatories and Responses to Plaintiff

Inovis USA, Inc.'s Second Set of Requests for Production and Things were served upon counsel

as set forth below, in the manner indicated, on March 24, 2008.

Jack B. Blumenfeld, Esq.                    *Via E-Mail and Federal Express*
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE  19899

and

David J. Wolfsohn, Esq.                    *Via E-Mail and First Class Mail*
Woodcock & Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA  19104

/s/ M. Duncan Grant
M. Duncan Grant (DE No. 2994)
Pepper Hamilton LLP
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE  19899-1709
302.777.6500

DATED:  March 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed the foregoing Notice

of Service using CM / ECF which will send electronic notification of such filing to:

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899


/s/ M. Duncan Grant
M. Duncan Grant (DE No. 2994)