UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA INC., | ) |
| | ) |
|     Plaintiff / Counterclaim-Defendant | ) |
| | ) |
| v. | )   Case No. 1:07-CV-459 GMS |
| | ) |
| CLASSIFIED INFORMATION, INC., | ) |
| | ) |
|     Defendant / Counterclaim-Plaintiff | ) |

**STIPULATION FOR EXTENSION OF TIME -
BRIEFING ON INOVIS' MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by the parties, acting through their undersigned counsel on this 26th day of March, 2008, and subject to the approval of the Court, that the briefing schedule relating to Inovis' Motion to Dismiss Classified Information, Inc.'s Counterclaim (D.I. 50) shall be extended as follows: Classified Information, Inc. shall file its answering brief in opposition to the motion on or before April 2, 2008, and Inovis USA Inc. shall file its reply brief in support of the motion on or before April 16, 2008.

    The reason for the requested extension is that due to the complexity of the issues presented by the motion to dismiss, Classified Information, Inc. needs a modest amount of additional time to prepare its answering brief in opposition to the motion, and Inovis USA Inc. then requests a similarly modest extension of time to prepare its reply brief in support of its motion.

| | |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ M. Duncan Grant |
| Jack B. Blumenfeld (DE No. 1014) | M. Duncan Grant (DE No. 2994) |
| Julia Heaney (DE No. 3052) | Pepper Hamilton LLP |
| Morris, Nichols, Arsht & Tunnell | 1313 N. Market Street, Suite 5100 |
| 1201 North Market Street | P.O. Box 1709 |
| P.O. Box 1347 | Wilmington, DE 19899-1709 |
| Wilmington, DE 19899 | (302) 777-6500 |
| (302) 658-9200 | |
| | Michael A. Lee |
| David J. Wolfsohn | Vineet Bhatia |
| Woodcock Washburn LLP | Stephen F. Schlather |
| Cira Centre, 12th Floor | Susman Godfrey L.L.P. |
| 2929 Arch Street | 1000 Louisiana, Suite 5100 |
| Philadelphia, PA 19104 | Houston, TX 77002 |
| Attorneys for Inovis USA Inc. | Attorneys for Classified Information, Inc. |

APPROVED AND SO ORDERED:

_____
Gregory M. Sleet, C.J.