IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-459 (GMS) |
| ) | |
| DISTANCE DIGITAL CO., LLC and ) | |
| CLASSIFIED INFORMATION, INC., ) | |
| ) | |
| Defendant. | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Erich M. Falke of Woodcock Washburn LLP, Cira Centre, 12th Floor, 2929 Arch Street, Philadelphia, PA 19104 to represent plaintiff in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jheaney@mnat.com
   *Attorneys for Plaintiff Inovis, Inc.*

April 3, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____  _____
                                                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: April 3, 2008

Erich M. Falke
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

M. Duncan Grant
PEPPER HAMILTON LLP

and that copies were caused to be served upon the following individuals in the manner indicated:

**BY ELECTRONIC MAIL**

| | |
|---|---|
| M. Duncan Grant | Michael A. Lee |
| PEPPER HAMILTON LLP | Vineet Bhatia |
| 1313 N. Market Street, Suite 1500 | Stephen F. Schlather |
| P.O. Box 1709 | SUSMAN GODFREY LLP |
| Wilmington, DE 19899-1709 | 1000 Louisiana, Suit 5100 |
| | Houston, TX 77002-5096 |

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com