**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INOVIS USA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-459 GMS |
| | ) |
| CLASSIFIED INFORMATION, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND PROPOSED ORDER EXTENDING**
**DUE DATES FOR FINAL JOINT CLAIM CHART AND**
**OPENING CLAIM CONSTRUCTION BRIEFS**

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, subject to approval by the Court, that the following dates set forth in paragraph 4 of the Scheduling Order (D.I. 25) entered on January 15, 2008 shall be extended as follows:

<u>Final Joint Claim Chart</u>.  The deadline for the filing of the Final Joint Claim Chart shall be extended from April 14, 2008 to May 5, 2008.

<u>Opening Claim Construction Briefs</u>.  The deadline for the filing of opening claim constructions briefs shall be extended from April 28, 2008 to May 12, 2008.

All other deadlines as set forth in the Scheduling Order shall remain as set forth in the Scheduling Order.

The reason for the requested extension is that the parties believe that the additional time will permit several rounds of exchanges of the parties' positions that may reduce the number of disputed claim terms and the resulting task for the Court in construing those terms.

| | |
|---|---|
| /s/ Julia Heaney | /s/ M. Duncan Grant |
| Jack B. Blumenfeld (Del. Bar No. 1014) | M. Duncan Grant (Del. Bar No. 2994) |
| Julia Heaney (Del. Bar No. 3052) | Pepper Hamilton LLP |
| Morris, Nichols, Arsht & Tunnell LLP | 1313 North Market Street, Suite 5100 |
| 1201 North Market Street | P.O. Box 1709 |
| P.O. Box 1347 | Wilmington, DE 19899-1709 |
| Wilmington, DE 19899-1347 | (302) 777-6500 |
| (302) 658-9200 | |
| | Michael A. Lee |
| David J. Wolfsohn | Vineet Bhatia |
| Lynn B. Morreale | Stephen F. Schlather |
| Jordan L. Jonas | SUSMAN GODFREY L.L.P. |
| Woodcock Washburn LLP | 1000 Louisiana Street, Suite 5100 |
| Cira Centre, 12th Floor | Houston, Texas 77002 |
| 2929 Arch Street | (713) 651-9366 |
| Philadelphia, PA 19104 | |
| (215) 568-3100 | |
| | |
| Attorneys for Inovis USA, Inc. | Attorneys for Classified Information, Inc. |

APPROVED AND SO ORDERED, this _____ day of April, 2008:

                                                Gregory M. Sleet, C.J.