IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-459 (GMS) ) |
| DISTANCE DIGITAL CO., LLC and CLASSIFIED INFORMATION, INC., | ) ) ) |
| Defendants. | ) |

## STIPULATION AND PROPOSED ORDER

WHEREAS, plaintiff Inovis USA, Inc. ("Inovis") respectfully requests an additional week to file the reply brief in support of its Motion To Dismiss Defendant Classified's Counterclaim For Lack Of Subject Matter Jurisdiction (D.I. 50) because Inovis' counsel needs additional time for factual investigation to respond to defendant's answering brief;

WHEREAS, this is the first request for an extension of this deadline;

IT IS HEREBY STIPULATED, subject to the approval of the Court, that plaintiff shall have until April 23, 2008 to file the reply brief in support of its Motion To Dismiss Defendant Classified's Counterclaim For Lack Of Subject Matter Jurisdiction.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff Inovis USA, Inc.*

PEPPER HAMILTON LLP

*/s/ M. Duncan Grant (#2994)*

M. Duncan Grant (#2994)
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
grantm@pepperlaw.com
  *Attorneys for Defendant Classified Information, Inc.*

April 14, 2008
2291281

SO ORDERED this _____ day of _____, 2008.

_____
United States District Court Chief Judge