**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INOVIS USA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-459 GMS |
| | ) | |
| CLASSIFIED INFORMATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE – CLASSIFIED'S
SECOND SET OF INTERROGATORIES AND
SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

I hereby certify that on April 24, 2008, copies of Defendant Classified

Information, Inc.'s Second Set of Interrogatories to Inovis USA, Inc. and Second Set of Requests

for Production of Documents and Things to Inovis, Inc. were served upon the following counsel

for plaintiff by e-mail and facsimile transmission:

      Jack B. Blumenfeld, Esq.
      Julia Heaney, Esq.
      Morris, Nichols, Arsht & Tunnell, LLP
      1201 North Market Street
      P.O. Box 1347
      Wilmington, DE  19899-1347

David J. Wolfsohn, Esq.
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA  19104


/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
Pepper Hamilton LLP
1313 North Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

DATED:  April 25, 2008                    Attorneys for Classified Information, Inc.