IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 07-459 (GMS) |
| CLASSIFIED INFORMATION, INC. and | ) |
| DISTANCE DIGITAL CO., LLC, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF INOVIS USA, INC.'S MOTION TO STAY ALL PROCEEDINGS PENDING DETERMINATION OF ITS FILED REQUEST FOR REEXAMINATION**

Plaintiff, Inovis USA, Inc. ("Inovis"), hereby moves the Court to stay all proceedings pending determination of Inovis' filed request for reexamination of U.S. Patent No. 5,812,669.

Grounds in support of the Motion are set forth in plaintiff's Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 302-658-9200
jheaney@mnat.com

*Attorneys for Plaintiff Inovis USA, Inc.*

OF COUNSEL:

David J. Wolfsohn
Erich M. Falke
Jordan L. Jonas
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor,
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

April 28, 2008

## **RULE 7.1.1 CERTIFICATE**

Pursuant to D. Del. L.R. 7.1.1, this is to certify that counsel for Inovis USA, Inc. have discussed the subject matter of this motion with counsel for defendant Classified Information, Inc. and Classified Information, Inc. stated that they will oppose the motion.

*/s/ Julia Heaney*
_____
Julia Heaney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-459-GMS |
| | ) |
| CLASSIFIED INFORMATION, INC. and | ) |
| DISTANCE DIGITAL LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiff-Counterdefendant Inovis USA, Inc.'s Motion to Stay, filed April 28, 2008, and Defendant-Counterclaimant Classified Information, Inc.'s response thereto, IT IS HEREBY ORDERED that the motion is granted.  The case is stayed in its entirety pending determination of Inovis' request for reexamination of U.S. Patent No. 5,812,669.

_____
United States District Court Judge

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 28, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

M. Duncan Grant
PEPPER HAMILTON LLP

and that copies were caused to be served upon the following individuals in the manner indicated:

**BY ELECTRONIC MAIL**

| | |
|---|---|
| M. Duncan Grant | Michael A. Lee |
| PEPPER HAMILTON LLP | Vineet Bhatia |
| 1313 N. Market Street, Suite 1500 | Stephen F. Schlather |
| P.O. Box 1709 | SUSMAN GODFREY LLP |
| Wilmington, DE 19899-1709 | 1000 Louisiana, Suit 5100 |
| | Houston, TX 77002-5096 |

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com