# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

JULIA HEANEY
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

May 1, 2008

**BY E-FILING**

The Honorable Leonard P. Stark
U.S. Magistrate Judge
United States District Court
    for the District of Delaware
844 N. King Street
Wilmington, DE 19801

        Re:  *Inovis USA, Inc. v. Distance Digital Co., LLC and Classified Information, Inc.*
            C.A. No. 07-459 (GMS)

Dear Magistrate Judge Stark:

        Inovis USA, Inc. hereby requests that the following individuals be permitted to use a cell phone, Blackberry and laptop computer during the Mediation Conference scheduled for May 14, 2008 at 9:00 a.m.: Kenneth Williams, attending on behalf of Inovis; Chris Camerieri, Esq., attending on behalf of Inovis; David J. Wolfsohn, Esq.; and Erich M. Falke, Esq., and that Julia Heaney be permitted to use a Blackberry.

        Counsel hereby represents that allowing these individuals use of these electronic devices during the Mediation Conference will allow them to more effectively participate in the mediation process and that this request is not being made just for convenience.

                                  Respectfully,

                                    */s/ Julia Heaney*
                                    Julia Heaney

JH:nef

cc:    Dr. Peter Dalleo, Clerk (by hand delivery)
        Steven J. Balick (by e-mail)
        M. Duncan Grant (by e-mail)

2310769