**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INOVIS USA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 07-459 GMS |
| | ) |
| CLASSIFIED INFORMATION, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE – CLASSIFIED'S
SUPPLEMENTAL ANSWER TO PLAINTIFF'S
<u>FIRST SET OF INTERROGATORIES</u>**

I hereby certify that on May 6, 2008, copies of Defendant Classified Information, Inc.'s Supplemental Answer to Plaintiff Inovis USA, Inc.'s First Set of Interrogatories were served upon the following counsel for plaintiff by e-mail:

> Jack B. Blumenfeld, Esq.
> Julia Heaney, Esq.
> Morris, Nichols, Arsht & Tunnell, LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347

#9608166 v1

-2-

David J. Wolfsohn, Esq.
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA  19104

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
Pepper Hamilton LLP
1313 North Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

DATED:  May 8, 2008

Attorneys for Classified Information, Inc.

-2-

#9608166 v1