**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INOVIS USA, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLASSIFIED INFORMATION, INC., )<br>)<br>Defendant. ) | Civil Action No. 07-459 GMS |

**NOTICE OF SERVICE – CLASSIFIED'S
SUPPLEMENTAL ANSWERS TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES**

I hereby certify that on May 28, 2008, copies of Defendant Classified Information, Inc.'s Supplemental Answer to Plaintiff Inovis USA, Inc.'s First Set of Interrogatories were served upon the following counsel for plaintiff by e-mail and certified mail, return receipt requested.

> Jack B. Blumenfeld, Esq.
> Julia Heaney, Esq.
> Morris, Nichols, Arsht & Tunnell, LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347

#9674243 v1

-2-

David J. Wolfsohn, Esq.
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA  19104

/s/ M. Duncan Grant
M. Duncan Grant (Del. Bar No. 2994)
Pepper Hamilton LLP
1313 North Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500

DATED:  May 29, 2008                    Attorneys for Classified Information, Inc.

#9674243 v1