IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INOVIS USA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-459 (GMS) |
| | ) |
| DISTANCE DIGITAL CO., LLC and | ) |
| CLASSIFIED INFORMATION, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of (1) *Plaintiff Inovis USA, Inc.'s Responses to Defendant Classified Information, Inc.'s Second Set of Interrogatories* and (2) *Plaintiff Inovis USA, Inc.'s Responses to Defendant Classified Information, Inc.'s Second Set of Requests for Production of Documents* were caused to be served on May 30, 2008 upon the counsel of record as indicated below:

**BY ELECTRONIC MAIL**

M. Duncan Grant
PEPPER HAMILTON LLP
1313 N. Market Street, Suite 1500
P.O. Box 1709
Wilmington, DE 19899-1709

Michael A. Lee
Vineet Bhatia
Stephen F. Schlather
SUSMAN GODFREY LLP
1000 Louisiana, Suit 5100
Houston, Texas 77002-5096

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Julia Heaney (#3052)*

                                      Jack B. Blumenfeld (#1014)
                                      Julia Heaney (#3052)
                                      1201 North Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899-1347
                                      (302) 658-9200
                                      jheaney@mnat.com
                                          *Attorneys for Plaintiff Inovis USA, Inc.*

OF COUNSEL:

David J. Wolfsohn
Erich M. Falke
Jordan L. Jonas
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

May 30, 2008

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>M. DuncanGrant
>PEPPER HAMILTON LLP

and that copies were caused to be served upon the following individuals in the manner indicated:

**BY ELECTRONIC MAIL**

>M. Duncan Grant
>PEPPER HAMILTON LLP
>1313 N. Market Street, Suite 1500
>P.O. Box 1709
>Wilmington, DE  19899-1709
>
>Michael A. Lee
>Vineet Bhatia
>Stephen F. Schlather
>SUSMAN GODFREY LLP
>1000 Louisiana, Suit 5100
>Houston, Texas  77002-5096

>*/s/ Julia Heaney (#3052)*
>
>Julia Heaney (#3052)
>jheaney@mnat.com